# EXHIBIT A

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on September 19, 2017.

Brendan W. Fitzgerald
Executive Deputy Secretary of State

Rev. 06/07

# CERTIFICATE OF INCORPORATION
# OF
# PAN KING INC

Under Section 402 of the Business Corporation Law

I, the undersigned, a natural person of at least 18 years of age, for the purpose of forming a corporation under Section 402 of the Business Corporation Law of the State of New York hereby certify:

**FIRST:** The name of the corporation is:

**PAN KING INC**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NASSAU.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

PRATIK K PATEL
8 JERUSALEM AVENUE
HICKSVILLE, NY 11801

**SIXTH:** The existence of the corporation shall begin upon filing of these Certificate of Incorporation with the Department of State.

**SEVENTH:** The corporation shall have a perpetual existence.

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

PRATIK K PATEL  (signature)
―――――――――――――――――――
PRATIK K PATEL, INCORPORATOR
26 QUEENS LN
NEW HYDE PARK, NY 11040

Filed by:
HARVINDER DHODY
254 S Broadway
Hicksville, NY 11801

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 09/19/2017**
**FILE NUMBER: 170919010470; DOS ID: 5204632**

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                          ONLINE FILING RECEIPT
================================================================================

ENTITY NAME: PAN KING INC

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                    COUNTY: NASS
================================================================================

FILED:09/19/2017 DURATION:PERPETUAL CASH#:170919010470 FILE#:170919010470
                               DOS ID:5204632

   FILER:                                                 EXIST DATE
   ------                                                 ----------
   HARVINDER DHODY                                        09/19/2017
   254 S BROADWAY
   HICKSVILLE, NY 11801

   ADDRESS FOR PROCESS:
   --------------------
   PRATIK K PATEL
   8 JERUSALEM AVENUE
   HICKSVILLE, NY 11801

   REGISTERED AGENT:
   -----------------


   STOCK: 200 NPV
```



```
   The corporation is required to file a Biennial Statement with the Department of
   State every two years pursuant to Business Corporation Law Section 408.
   Notification that the Biennial Statement is due will only be made via email. Please
   go to www.email.ebiennial.dos.ny.gov to  provide an email address to receive an
   email notification when the Biennial Statement is due.
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

FEE:              135.00                            PAYMENTS        135.00
                  ------                                            ------
FILING:           125.00                            CHARGE          135.00
TAX:                0.00                            DRAWDOWN          0.00
PLAIN COPY:         0.00
CERT COPY:         10.00
CERT OF EXIST:      0.00
================================================================================
                                              DOS-1025 (04/2007)
```

Authentication Number: 1709190475   To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov