# SCHEDULING ORDER

**DEADLINES & COURT APPEARANCES**

03/25/2021      : Exchange of Rule 26(a)(1) disclosures

04/29/2021      : Service of first interrogatories and document demands

05/29/2021      : Responses to first interrogatories and document demands

05/29/2021      : Motions to join new parties or amend the pleadings

**5/20/21 at 11:30a:**     Status conference

7/21/21         :   Completion of Depositions

11/29/21        :   Commencement of summary judgment motion practice


**12/23/21 at 11:30a**    Pretrial conference


                                 **SO ORDERED:**
                                 **/s/ STEVEN I. LOCKE**
                                 Steven I. Locke, USMJ on 3/29/21