UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
PRATIK PATEL, individually and as a
shareholder of PAN KING, Inc. d/b/a NY Chicken & Rice;
LALIT PATEL, individually and as a partner of
PAN KING, Inc. d/b/a NY Chicken & Rice

**AFFIDAVIT**

Index No.:
2:21-cv-00759-JS-SIL

Plaintiffs

-against-

NODDY SINGH; ARJUN SINGH, individually and as
shareholders of PAN KING, Inc. d/b/a NY Chicken & Rice

Defendants.
-------------------------------------------X

Arjun Singh being duly sworn, deposes and says:

1. I am the Defendant in the above entitled action.
2. On February 20, 2021 and at all relevant times pertaining to this litigation I did not reside at 5 Mineola Avenue, Hicksville, New York 11801.
3. I reside at a different address.
4. I have not resided at the 5 Mineola Avenue, Hicksville, New York 11801 address for approximately three (3) years from today.
5. I never authorized Noddy Singh to receive service of process on my behalf.
6. Noddy Singh never had permission to receive the complaint on my behalf.
7. The service of process was defective and I request the complaint be dismissed against me in its entirety.

_____
Arjun Singh

Sworn to before me on March 24, 2021

_____
Notary Public

ANDREW BOVA
Notary Public, State of New York
No. 01BO6116456
Qualified in Nassau County
Commission Expires October 4, 2024