

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet K. Gill, Esq.
Alexander Kadochnikov, Esq.

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York
Tel: (718)-577-3261    Fax: (718)744-2455

December 16, 2021

<u>Via ECF</u>
Honorable Steven I Locke
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

    Re:    Patel et al v. Singh et al.
             Case No: 2:21-cv-00759-JS-SIL
             <u>Joint Motion to Reopen Fact Discovery</u>

Dear Judge Locke:

    This firm represents Pratik Patel and Lalit Patel ("Plaintiffs") in reference to the above-captioned lawsuit.

    I am writing on behalf of all parties to respectfully request that the Court permit the reopening of fact discovery. Parties have conducted certain document discovery, but depositions from both sides remain outstanding.

    This summer the undersigned has dealt with family health issues as well as subsequent illness of his own.

    This is a first request for reopening of discovery deadline.

    I have communicated with Defendants' counsel and both parties are in agreement that the discovery deadline currently in place should be extended by 90 days.  Accordingly, the parties jointly are respectfully requesting that fact discovery be reopened and extended by 90 days, with a pre-trial conference to be schedule on or about March 23, 2022

    The parties are intending to hold depositions on February 16, 17, 18 and 25 respectively.

    We thank the Court for its time and effort in consideration of this matter.

Respectfully yours,

/s/ Alexander Kadochnikov