

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet K. Gill, Esq.
Alexander Kadochnikov, Esq.

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York
Tel: (718)-577-3261      Fax: (718)744-2455

March 15, 2022

<u>Via ECF</u>
Honorable Steven I Locke
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

      Re:    Patel et al v. Singh et al.
              Case No: 2:21-cv-00759-JS-SIL
              <u>Joint Motion to Reopen Fact Discovery</u>

Dear Judge Locke:

    This firm represents Pratik Patel and Lalit Patel ("Plaintiffs") in reference to the above-captioned lawsuit.

    I am writing on behalf of all parties to respectfully request that the Court extend the deadline to complete fact discovery by 60 days.

    To date, the parties have conducted all party depositions.

    From the Plaintiff's perspective, depositions revealed a need for further post-deposition fact discovery and limited 3rd party discovery.

    This is a second request for reopening of discovery deadline.

    I have communicated with Defendants' counsel and both parties are in agreement that the discovery deadline currently in place should be extended by 60 days. Accordingly, the parties jointly are respectfully requesting that fact discovery be reopened and extended by 60 days, with a pre-trial conference to be schedule on or about June 23, 2022

    We thank the Court for its time and effort in consideration of this matter.

Respectfully yours,

/s/ Alexander Kadochnikov