

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet K. Gill, Esq.
Alexander Kadochnikov, Esq.

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York
Tel: (718)-577-3261      Fax: (718)744-2455

April 5, 2022

Via ECF
Honorable Joanna Seybert
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

    Re:    **Patel et al v. Singh et al.**
           Case No: 2:21-cv-00759-JS-SIL
           Letter in Opposition to Defendant's Motion

Dear Judge Seybert:

    This firm represents the Plaintiffs in reference to the above-captioned lawsuit. Pursuant to Your Honor's rules, please accept this as a request for enlargement of time to respond to Your Honor's Order to Show Cause as of March 23, 2022 (ECF # 28)

    The deadline to respond to Your Honor's Order to Show Cause is April 6, 2022 with the Defendants' deadline to respond being April 13, 2022.

    I am respectfully requesting Your Honor to enlarge time for me to respond to the Order to Show Cause to April 20, 2022 with the Defendants' time to respond extended to May 4, 2022.

    I am on trial in Queens County Supreme Court this week, and with the preparation time, I have not had an adequate time to prepare an adequate response. I am also aware of Your Honor's rule of submitting adjournment requests at least two business days before the deadline, but I am asking Your Honor to excuse my tardiness.

    This is my first request for an adjournment, and my adversary consents to this request.

Respectfully yours,

/s/ Kadochnikov

Alexander Kadochnikov