# PARTNERSHIP CONTRACT

This Contract is being made in presence of all the members.

Members :

Pratik Kantilal Patel  SS: ███████

Noddy Singh SS: ███████

Arjun Singh SS: ███████

All other information regarding residence and personal information is kept confidential.

Pratik Patel Shareholder 25%

Noddy Singh Shareholder 37.5%

Arjun Singh Shareholder 37.5%

Pratik Patel Agrees to put down an retainer of $ 25000. (twenty five thousand) toward the location in Hicksville for the Franchise of NY Chicken & Rice as a partnership of 25%. Total inventment from Pratik is $50000 leaving a balance of $25000 within 30 days.

Responsibilities:

Pratik will be working minimum of 48 Hours per week.

Stealing of theft will void or default this partnership and Pratik will lose his investment if found guilty by the law official.

Pratik will have bank access as well as authority to sign checks under $2000 ( Two

Thousand) at any time. Any amount over will need another partners authority.

Pratik agrees not to open a similar concept of operation any where in the U.S.A. without permission of the other partners ( Arjun & Noddy) for the next 5 years.

If defaulted Pratik or his future partner will pay a fine of $250000 (Two Hundred Fifty Thousand).

Pratik has the right to open and take over more stores with investment and Arjun and Noddy Agree to grant him a 60 days period to refuse the offer as a fair deal.

Signature (Pratik)---- *[signature]*

Signature (Arjun)---- *[signature]*

Signature (Noddy)-- *[signature]*