UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
PRATIK PATEL, individually and as a
shareholder of PAN KING, Inc. d/b/a NY Chicken & Rice;
LALIT PATEL, individually and as a partner of
PAN KING, Inc. d/b/a NY Chicken & Rice

DOCKET #
2:21-cv-00759-JS-SIL

Plaintiffs,

-against-

NODDY SINGH, ARJUN SINGH, individually and as
shareholders of PAN KING, Inc. d/b/a NY Chicken & Rice

Defendants.

-------------------------------------------------------------------------X

## DECLARATION OF BOBBY WALIA

BOBBY WALIA, ESQ., under penalty of perjury and in accordance with 28 U.S.C. § 1746, states and declares that the following is true and correct:

1. I am a principal with the law firm of Walia & Walia, PLLC, attorneys for the Defendants Noddy Singh and Arjun Singh("Singhs") (collectively, "Defendants") and am fully familiar with the pleadings and all prior proceedings in this action.

2. I submit this declaration in support of Defendants' motion for summary Judgment against Plaintiffs.

3. Attached hereto as Exhibit "1" is a true and accurate copy of Plaintiff's Summons and Complaint.

4. Attached hereto as Exhibit "2" is a true and accurate copy of Defendants' Answer.

5. Attached hereto as Exhibit "3" is a true and accurate copy of pages from Plaintiff's deposition transcript.

Dated: July 17, 2023

Respectfully submitted,

/s/ Bobby Walia

Bobby Walia

Waliabobbyesq@hotmail.com

136-40 39th Ave #304

Flushing, New York 11354

Ph.No.:718-353-4478