UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRATIK PATEL, individually and as a shareholder of PAN KING, Inc. d/b/a NY Chicken & Rice; LALIT PATEL, individually and as a partner of PAN KING, Inc. d/b/a NY Chicken & Rice

DOCKET #
2:21-cv-00759-JS-SIL

Plaintiffs

-against-

NODDY SINGH, ARJUN SINGH, individually and as shareholders of PAN KING, Inc. d/b/a NY Chicken & Rice

Defendants.
-------------------------------------------------------------------X

## DEFENDANTS NODDY SINGH, AND, ARJUN SINGH'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Local Civil Rule 56.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants NODDY SINGH, ARJUN SINGH ("SINGHS") (collectively, "Defendants") respectfully submit this Statement of Undisputed Material Facts in support of their motion for summary judgment against Plaintiff PRATIK PATEL's ("PATEL" or "Plaintiff") Complaint:

1. Patel signed a shareholder agreement. (*See* Patel deposition pg. 7:14-16).
2. Patel met Singhs three or more times before signing the shareholder agreement. (*See* Patel deposition I pg.21:1-7).
3. As per agreement the shareholders of PAN KING INC. are Singhs, and Patel. (*See* Patel deposition pg. 7:17-25, pg.8: 1-4).

4. As per agreement Patel is a shareholder of PAN KING, with a 25% shareholder in the company and Singhs each have 37.5% share in the company. (*See* Patel deposition pg. 7 :17-25, pg.8: 1-4).

5. As per agreement Patel was required to work 48 hours per week. (*See* Patel deposition pg.8: 10-12).

6. Patel was paid minimum wage for the hours that he worked. (*See* Patel deposition pg.56: 9-25, pg.57:1-25).

7. Patel didn't keep track of the number of hours he worked, although he did for other employees. (*See* Patel deposition pg.57:1-25).

8. Patel left for India between July 19 to July 29 for seven or nine days to get married. (*See* Patel deposition pg.87: 13-15, pg.88 :5-8, pg.89: 7-17).

9. During the time Patel took his trip to India he was not able to work the required minimum 48 hours. (*See* Patel deposition pg.89: 7-17).

10. Patel worked for Pan King Inc., from December 16, 2017 until there came a point in time when he decided to leave in January 2020. (*See* Patel deposition pg.11: 22-25, pg.12 :1-25, pg.13 :1-7 pg.101: 1-3).

11. At one point there was a significant drop in sales for Pan King, Inc. (*See* Patel deposition pg.81: 8-19).

12. On or about December 2019 to January 2020 Patel stopped working for Pan King Inc. (*See* Patel deposition pg.101: 1-3).

13. Patel stopped working for Pan King Inc. because he was not making a profit, his salary was not enough and he decided to move to New Jersey. (*See* Patel deposition pg.101: 4-7, pg.102, pg.103).

14. Patel did not provide any written notice before leaving Pan King, Inc. (*See* Patel I deposition pg.201: 22-25).

15. Patel was married in India on February 9, 2020. (*See* Patel deposition I pg.176: 13-22).

16. Patel moved to New Jersey in March of 2020. (*See* Patel deposition I pg.174:19-25).

17. Patel wanted to "move out" from the business after he came back from his trip to India. (*See* Patel deposition I pg.202:5-12).

18. Patel was an executive in the company who owned more than twenty (20%) percent of the shares. (*See* Patel deposition pg.7: 22-24, pg.60 :6-9).

19. Patel was the individual who signed the certificate of incorporation for Pan King, Inc. (*See* Patel deposition I pg.111: 3-19).

20. In 2017 Pan King, Inc. had seven employees (*See* Patel deposition pg.14: 1-8).

21. Patel told an employee Mr. Hossain, what hours to work, and directed his work. (*See* Patel deposition pg.41:17-24).

22. Patel retrieved cash to pay the salary of employees with no one else present. (*See* Patel deposition pg.36:15-25).

23. Patel received cash and check as compensation. (*See* Patel depositionpg.27:1-5, pg.46:6-18, pg.47:3-13).

24. Patel was given a predetermined fixed salary which was $550 every week for the work he did before he left. (*See* Patel deposition pg. 54:22-25, pg.55, pg56).

25. Patel cashed out from the register at the end of his shift (*See* Patel deposition pg. 41:6-10).

26. Patel hired Rehman Mohammed to work for Pan King, Inc. (*See* Patel deposition pg.7: 22-24, pg.94 :11-20).

27. Patel directed Singhs to bring inventory to Pan King, Inc. (*See* Patel deposition pg. 76:13-18, pg.89: 12-16, pg.95: 21-23, pg.96 : 16-18, pg.97 :17-19).

28. Patel brought inventory himself at least once a month by using the company debit card. (*See* Patel deposition I pg.43:5-25).

29. Patel had access to the company credit card for which he knew the pin number. (*See* Patel deposition I pg.44:3-10).

30. Patel signed checks for Pan King, Inc. he had access to the bank accounts. (*See* Patel

deposition I pg.45:5-25).

31. Patel took days off without consulting with anybody. (*See* Patel deposition pg98:17-25, pg.99:1-2).

32. Patel kept payroll and attendance records for all employees who were working for Pan King Inc. (*See* Patel deposition pg. 106:11-25, pg.107:1-9).

33. Patel told several employees, including but not limited to Mr. Rehman, Carlos, Raj, Ashish, Veronica, how much to cook and what to do. (*See* Patel deposition pg. 107:10-25, pg.108, 109).

34. Patel made schedules for employees of Pan King, Inc. on multiple occasions. (*See* Patel deposition pg.93: 17-25, pg.95, pg.96, pg.97, pg.98, pg. 99, pg.100).

35. Patel made schedules for Singhs and told them when they should or should not come into work. (*See* Patel deposition pg. 75: 7-13, pg.93: 17-25, pg.95, pg.96, pg.97, pg.98, pg. 99, pg.100).

36. Singhs were compensated the same amount as Patel. (*See* Patel deposition pg. 77:5-11).

37. After the expansion of Pan King, Inc. it started to take losses and the business had difficulty making rent. (*See* Patel deposition I pg.200:8-24, pg. 201:1-4).

38. Patel stated he would share in the losses of the company. (*See* Patel deposition I pg. 167:5-10).

39. Patel received and acknowledged a text pertaining to the losses sustained by King after he left. (*See* Patel deposition pg. 102:4-25).