# EXHIBIT A

```
NYS DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                            ONLINE FILING RECEIPT
================================================================================
ENTITY NAME: PAN KING INC

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                    COUNTY: NASS
================================================================================
FILED:09/19/2017 DURATION:PERPETUAL CASH#:170919010470 FILE#:170919010470
                              DOS ID:5204632

    FILER:                                              EXIST DATE
    ------                                              ----------
    HARVINDER DHODY                                     09/19/2017
    254 S BROADWAY
    HICKSVILLE, NY 11801

    ADDRESS FOR PROCESS:
    --------------------
    PRATIK K PATEL
    8 JERUSALEM AVENUE
    HICKSVILLE, NY 11801

    REGISTERED AGENT:
    -----------------


    STOCK: 200 NPV
```



```
   The corporation is required to file a Biennial Statement with the Department of
   State every two years pursuant to Business Corporation Law Section 408.
   Notification that the Biennial Statement is due will only be made via email. Please
   go to www.email.ebiennial.dos.ny.gov to  provide an email address to receive an
   email notification when the Biennial Statement is due.
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

FEE:              135.00                            PAYMENTS         135.00
                  ------                                             ------
FILING:           125.00                            CHARGE           135.00
TAX:                0.00                            DRAWDOWN           0.00
PLAIN COPY:         0.00
CERT COPY:         10.00
CERT OF EXIST:      0.00
================================================================================
                                                    DOS-1025 (04/2007)
```

Authentication Number: 1709190475  To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov