UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PRATIK PATEL, individually and as a
shareholder of PAN KING, Inc. d/b/a NY Chicken & Rice;

                                   Docket # 2:21-cv-00759

              Plaintiffs                 **Notice of Motion for Summary Judgment**

-against-
NODDY SINGH; ARJAN SINGH, individually and as
shareholders of PAN KING, Inc. d/b/a NY Chicken & Rice

              Defendants.
-------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in

support of this motion, the statement of undisputed facts made pursuant to Local Rule 56.1, the

Declaration of Alexander Kadochnikov, the undersigned counsel for the Plaintiff will move this

Court, before the Honorable Judge Hector Gonzalez, United States District Judge of the United

States District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY

11201 for summary judgment pursuant to Federal Rule of Civil Procedure 56 against Defendants

Noddy Singh, Arjun Singh, Pan King Inc.

Dated:  August 28, 2023
         Kew Gardens, NY

                       Shiryak, Bowman, Anderson,
                       Gill & Kadochnikov, LLP

                       /s/Kadochnikov

                       Alexander Kadochnikov
               80-02 Kew Gardens Road, Suite 600
                    Kew Gardens, NY 11415
                       718-577-3261
                  akadochnikov@sbagk.com