UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PRATIK PATEL, individually and as a
shareholder of PAN KING, Inc. d/b/a NY Chicken & Rice.

Docket # 2:21-cv-00759

                                  Plaintiffs                    **Declaration in Support**

-against-
NODDY SINGH; ARJAN SINGH, individually and as
shareholders of PAN KING, Inc. d/b/a NY Chicken & Rice

                                  Defendants.
-----------------------------------------------------------------------X

   I, Alexander Kadochnikov Esq., an attorney duly admitted to practice law before this

Court, declares, under penalty of perjury, as follows:

1.  I am an attorney with Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP, counsel for

Plaintiffs in the above-referenced matter. I am making this declaration based upon my own

personal knowledge, review of pertinent documents, and upon information and belief.

2.  I am respectfully submitting this declaration in support of Plaintiff's motion for summary

    judgment.

3.  Attached hereto as Exhibit 2 are true and correct excerpts of Pratik Patel's deposition

    testimony.

4.  Attached hereto as Exhibit 3 are true and and correct excerpts of text messages between

    Plaintiff and Defendant

5.  Attached hereto as Exhibit 4 are true and correct copy of spread of hours produced by Arjun

    Singh to show what Pratik Patel was paid while working for Pan King Inc.

6.  Attached hereto as Exhibit 5 is a true and correct copy of Defendants' EIDL application.

7. Attached hereto as Exhibit 6 is a true and correct copy of Defendant's application for Paycheck Protection Program application.

8. Attached hereto as Exhibit 7 is a true and correct copy of Defendant's amended EIDL application.

9. Attached hereto as Exhibit 8 is a true and correct copy of Defendant Arjun Singh's check written from Pan King's bank account to his own account in the amount of $100,000.

10. Attached hereto as Exhibit 9 is a true and correct copy of Pan King Inc's bank statements.

11. Attached hereto as Exhibit 10 is a true and correct copy of Pan King Inc's bank statements showing Arjun Singh and Noddy Singh writing large checks to themselves or on behalf of themselves with no legitimate business purpose.

12. Attached hereto as Exhibit 11 is a true and correct copy of Pan King Inc's bank statements showing Arjun Singh and Noddy Singh writing large checks to themselves or on behalf of themselves with no legitimate business purpose.

13. Attached hereto as Exhibit 12 is a true and correct copy of Noddy Singh's bank account statement.

14. Attached hereto as Exhibit 13 is a true and correct copy of a check written from Pan King Inc to Noddy Singh in the amount of $19,500.

15. Attached hereto as Exhibit 14 is a true and correct excerpt of Arjun Singh's deposition.

16. Attached hereto as Exhibit 15 is a true and correct copy of signature cards of Pan King Inc's bank accounts.

17. Attached hereto as Exhibit 17 is a true and correct copy of Noddy Sing's deposition excerpts.

**WHEREFORE**, due to the arguments set forth in the accompanying memorandum of law, it is respectfully requested that this Court grant Plaintiffs' motion to for summary judgment.

Dated: August 28, 2023
      Kew Gardens, New York

/s/ Alexander Kadochnikov, Esq.

**Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**

*Counsel for Plaintiffs* PRATIK PATEL individually and as a
shareholder of PAN KING, Inc. d/b/a NY Chicken & Rice.

80-02 Kew Gardens Road, Suite 600

Kew Gardens, NY 11415

718-577-3261

akadochnikov@sbagk.com
