UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------**X**
PRATIK PATEL, individually and as a
shareholder of PAN KING, Inc. d/b/a NY Chicken & Rice;

                                                   Case No: 2:21-cv-00759

                        Plaintiffs

-against-

NODDY SINGH; ARJAN SINGH, individually and as
shareholders of PAN KING, Inc. d/b/a NY Chicken & Rice

                        Defendants.
------------------------------------------------------------------------**X**

### PLAINTIFFS PRATIK PATEL'S and LALIT PATEL'S REQUESTS FOR ADMISSION TO DEFENDANTS NODDY SINGH, ARJUN SINGH, and PAN KING INC., d/b/a NY Chicken & Rice.

      Pursuant to Local Rule 56.1 of the Federal Rules of Civil Procedure, Plaintiffs Pratik

Patel, individually and as a shareholder of Pan King, Inc. d/b/a NY Chicken & Rice (hereinafter

"Pan King"), respectfully submits the following statement of material facts in support of his

motion for summary judgment.

### PARTIES

1. Pan King Inc., d/b/a NY Chicken & Rice (hereinafter "Pan King") is a corporation duly organized under the laws of New York with its principal place of business at 8 Jerusalem Avenue, Hicksville, NY 11801. Defendant's Am. Answer at ¶ 1; Plaintiff's Am. Complaint at ¶ 1. Pan King was incorporated on or about September 19, 2019.

2. Plaintiff Pratik Patel (hereinafter "Plaintiff") is an individual residing in New Jersey and a 25% shareholder of Pan King.

3.  Noddy Singh and Arjun Singh (hereinafter "Defendants") are shareholders of Pan King, Inc. with each having a 37.5% ownership in the company.

## MATERIAL FACTS

### (New York Labor Law Claims)

4.  From approximately December 2017 until approximately the end of February or early March 2021 Pan King operated and was doing business as NY Chicken & Rice. A. Singh Dep. 75: 3-8; 40: 9-13; N. Singh Dep. 39: 11-17. The primary business of Pan King was the sale of Mediterranean food and drinks for consumption on the Premises and take-out. N. Singh Dep. 23:8-11; A. Singh Dep. 12: 9-12.

5.  At all relevant times, Pan King was an "Employer" within the meaning of the New York Labor Law § 190, as Pan King was a corporation that employed individuals. A. Singh Dep. 20: 8-24; 21: 4-12.

6.  Plaintiff Pratik Patel was employed by Pan King from approximately November 2017 until approximately December 2019. (A. Singh Dep. at 75: 12-14); (P. Patel Dep. at 53:7-10).

7.  Plaintiff's position was a restaurant employee throughout the time he worked at the restaurant and his responsibilities included working a minimum of 48 hours per week doing food preparation, cashing out customers, checking food quality, and other fast food responsibilities N. Singh Dep. 32:19-25; 131:5-17.

8.  Plaintiff Pratik Patel did not decide the amount of his own pay. Plaintiff had to discuss a salary with Defendants. His salary was discussed with and approved by Defendants Noddy Singh and Arjun Singh. 48: 13-18.  P Patel Dep. 150: 4-17.

9.  Plaintiff hired only one employee throughout the entirety of the time he worked at Pan King and never fired any employees. P Patel Dep No. 2. At 27:13-25, 28: 1-2.

10. Noddy Singh and Arjun Singh were responsible for the setup of the restaurant and dealt with nearly all of the business responsibilities of Pan King, whereas Pratik Patel was responsible for working a minimum of 48 hours per week. N. Singh Dep. 32: 19-25.

11. While Pratik Patel generally created the schedule weekly, Defendants Noddy Singh and Arjun Singh provided the final decision over what days and hours employees worked.

12. Plaintiff had the authority to sign checks only up to $2,000. Plaintiff needed the approval of one of the Defendants to sign checks over $2,000. Patel Dep. 84: 3-9.

13. Defendant Noddy Singh worked at Pan King approximately 30 hours per week. N. Singh Dep. at 134: 9-15.

14. No records kept in the ordinary course of business concerning the total weekly hours, schedule, earnings, overtime earnings, or weekly spread of hours earnings of Plaintiff were ever provided to Plaintiff or Plaintiff's attorneys, despite Plaintiff's calls for production. N. Singh Dep. 40: 4-18.

15. Arjun Singh and Noddy Singh were responsible for paying Plaintiff his salary. Patel Dep. at ¶ 151:2-25.

16. For the first three to four months of working at Pan King, Plaintiff did not receive any salary. Patel Dep. at 149:18-25.

17. Plaintiff regularly worked more than forty (40) hours per week throughout the time he worked at Pan King. On average, Plaintiff worked forty-eight (48) hours per week. N. Singh Dep. 44:10-12. A. Singh Dep. 49:11-25; 50:1-10.

18. Plaintiff was getting paid between $550 and $600 per week, plus tips. Plaintiff's salary did not increase from this amount throughout the entirety of the time Plaintiff worked at Pan King. N. Singh Dep. 44:13-20; A. Singh Dep. 48:17-25.

3

19. By his own admission, Arjun Singh stated that between January 2018, to December 2019, Pratik Patel was paid a total of $13,795 for regularly working at least 48 hours per week.

**(Fraud/Breach of Fiduciary Duty/Conversion Claims)**

20. Pan King had 5 accounts opened with Bank of America. Pratik Patel only had access to one of them (**Exhibit 15**):

| Date Opened | Account # | Signatories | Exhibit# |
|---|---|---|---|
| 11/20/2017 | 6126 | Arjun/Noddy Singh; Pratik Patel | |
| 01/27/2022 | 3015 | Arjun/Noddy Singh | 4 |
| 10/22/2019 | 4207 | Arjun Singh | 5 |
| 07/07/2021 | 8828 | Arjun Singh/Noddy Singh | 6 |
| 07/09/2021 | 8860 | Arjun Singh/Noddy Singh | 7 |

21. Pan King closed for business around March 2021. A. Singh Dep. 78:17.

22. Prior to Pan King closing, Arjun Singh applied for and was approved for the Economic Injury Disaster Loan (EIDL). (**Exhibit 5**)

23. Pratik Patel was not listed as an owner or shareholder of Pan King on EIDL application. (**Exhibit 7, 15**)

24. On June 9, 2020, Arjun Singh signed a Loan & Security Agreement with the Small Business Administration and the Small Business Administration funded Disaster Assistance Loan to Pan King, loan number 9775407809 for $120,000. (**Exhibit 16**)

25. On June 11, 2020, SBA deposited the loan proceeds in the amount of $119,900 into Pan King Bank of America checking account ending in 4207.(**Exhibit 16**)

26. On August 7, 2020, $8,000 was transferred from Account 4207 to Account 6126.

27. On August 10, 2020, $100,000 was transferred from Account 4207 to Account 6126.

28. On August 10, 2020, a check for $100,000, check number 1675 was written from account 6126 to Arjun Singh personally, for "loan return." (**Exhibit 8**) The memo on the check stated "loan return" and was deposited into Arjun Singh's personal Bethpage Federal Credit Union checking account.

29. Arjun Singh used the proceeds of the EIDL loan to open a new restaurant -- Bros Chicken & Rice, of which Pratik Patel is not a shareholder. A. Singh Dep. 111:8-25; 112:1-15.

30. Pan King Inc. is currently not operating as a restaurant, but the company has not been dissolved specifically because the company owes funds to the Small Business Administration, which were used for the benefit of another company. A. Singh Dep. at 112:21-25; 113:1-5.

31. On July 29, 2021, Noddy Singh and Arjun Singh requested to modify Pan King's Disaster Assistance Loan, loan number 9775407809, from $120,000 to the maximum amount of $287,400.  (**Exhibit 7**)

32. On March 8, 2022, the Small Business Administration funded a modification to Disaster Assistance Loan to Pan King, loan number 9775407809 from $120,000 to $287,400. ("EIDL Modification")

33. The proceeds of EIDL Modification were used to fund Arjun and Noddy Singh's new venture – Bros Chicken and Rice.

5

34. Between March 8, 2022 and October 2022, Arjun Singh and Noddy Singh withdrew over $67,000 from Pan King's account into their personal accounts.

/s/Kadochnikov

Alexander Kadochnikov
Shiryak, Bowman, Anderson,
Gill & Kadochnikov, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-577-3261