Pratik Patel

Q    Did they agree to your going to India for a week?

A    Yes.

Q    What words were used that would make you believe that they agreed for your visit to India in that one-week period in 2019?

A    They agreed I can go.

Q    What did they say to you?

A    I don't remember.  It's been a long time, but they said okay, I can go.

Q    Who would be covering your shift while you went?

A    No.

Q    Who would be covering your shift, do you know, while you went?

A    No.  I don't know who covered my shift.

Q    Did you exchange any text messages with either Arjun or Noddy Singh in or around the time you took this trip?

A    I don't remember.

Q    Did you have a cellphone with you in and around the time you took this trip?

A    Yes.

Pratik Patel

A       Cooking the food.

Q       Did you have any input with respect to the installation of the camera security system?

A       No.

Q       How about the selection of Clover as the processing system?

A       No.

Q       During the time you were in India in August of 2019, were you still paid by Pan King Inc.?

A       Yes.

Q       How much were you paid?

A       It was my regular salary.  Around $400.

Q       Was it 400 or 600?

A       I would say around 500.  I never got paid 600.

Q       When you first started working for Pan King Inc., what was your salary?

A       First three or four months, I never got a salary.

Q       You worked from 10 a.m. to 8 p.m. and you never got a salary?

A       Yes.  That's correct.

Pratik Patel

Q       For the first three months?

A       Three or four.

Q       After the first three- or four-month period, did there come a point in time where you eventually started to get a salary?

A       No.  That didn't come up.  I had to talk to them to start my salary.

Q       What was that conversation that was had?

A       No.  I said, "I can't afford working anymore without being paid a salary.  I have bills to pay."

Q       What did they say?

A       So, they said, "Okay.  Give me some time.  We'll fix the amount, and I will let you know."

Q       When was the first time you took a salary while working for Pan King Inc.?

A       After three or four months.

Q       What was the amount of salary you took?

A       It was around 400.

Q       How did you take that $400?

A       I think it was in cash.  I don't

Pratik Patel

remember exactly.  Sometimes I used to get a check or cash.

Q    The cash that you got, how would you take that?

A    Arjun Singh used to pay me.

Q    You didn't just take it on your own?

A    No, sir.

Q    How would Arjun Singh pay you; at the end of the week, at the end of two weeks?

A    End of the week.

Q    He would pay you, but the first time you got paid, from what you recollect, Arjun Singh handed you either a check or cash?

A    Yes.

Q    Every time you took money for working at Pan King Inc., it was given to you by Arjun Singh or different methods?

A    Different methods; sometimes Arjun Singh or Noddy Singh.  Very few times Noddy Singh.

Q    Did you ever take the money out of the register yourself?

A    For what?

Q    For working.

A    No.

Pratik Patel

Q    Did you continuously reside in the state of New Jersey in 2020 up until today?

A    I am sorry.

Q    Did you continuously reside in the state of New Jersey from March of 2020 up until today?

A    Yes.

Q    Did your brother reside in New Jersey with you continuously from March 2020 up until today?

A    Yes.

Q    Did you have a plan to move out from New York in December of 2019?

A    Not really.

Q    When did the discussion about you moving from New York to New Jersey occur like amongst your family or friends?

A    Somewhere around the time in December.  Actually, the salary I was getting, I couldn't afford staying in New York.  And me and my brother were thinking, but we didn't have a true plan.

Q    Did you start planning to move out from New York sometime in December of 2019?

Pratik Patel

A      Yes.

Q      When you came back from India, were you married or unmarried?

A      In 2019, no.

Q      2019, were you engaged when you came back from India?

A      No.

Q      When you met this person who was going to be your perspective wife in December of 2019, were any commitments made?

A      No.

Q      You told me you eventually ended up marrying that person; is that correct?

A      Yes.  That's correct.

Q      When did you marry that person?

A      In 2020.

Q      In 2020, what month?

A      9th of February.

Q      Did that marriage occur here in the U.S. or India?

A      India.

Q      Is your wife currently in India or in the U.S.?

A      India, too.

Pratik Patel

Q      So, you got married February 9th of 2020, did I hear that correct?

A      Yes.

Q      Is the reason you stopped working for Pan King Inc. because you got married on February 9, 2020?

A      No.

Q      Is the reason you stopped working for Pan King Inc. in December of 2019 because you wanted to move out of New York?

A      Not that was the only reason.

Q      Was that part of the reason why?

A      Because I wasn't making a profit out of it.  As Noddy told me I would get my return in the first year.

MR. WALIA:  I didn't get that.

(Whereupon, the requested portion of testimony was read by the reporter.)

Q      When did Noddy tell you you would get your return in the first year?

A      When we first started meetings, the first few meetings.

Q      Is the contract or agreement you signed marked as Defendants' Exhibit A, does that

Pratik Patel

Q      say anything about the return of your investment within the first year?

A      No.

Q      So, you worked at Pan King Inc. from December 2017 to December 2019 for two years; is that correct?

A      Yes.

Q      So you continued to work in the first year although you claim you didn't get your investment back; is that correct?

A      Yes.

Q      Have you any plans to move back to New York?

A      Not recent.

Q      You told me you were making $50,000 while working as a manager at 7-Eleven; correct?

A      Yes.

Q      That's more than what you were making, almost double what you put on your returns; is that correct?

A      Yes.

Q      Where do you currently live?

A      In New Jersey.

MR. WALIA:  We can move onto the next

Pratik Patel

A        Noddy Singh.

Q        Did you agree with that idea for expansion?

A        No.

Q        Did Arjun Singh agree with that idea for expansion?

A        I think so.

Q        When you say you didn't agree with the idea of expansion, what, if any, writings do you have to support your position?

A        It was not in writing.  They asked me verbally.

Q        But you never sent a text?

A        No.  Because we used to meet at the restaurant, no need to text.

Q        You never sent a text to Noddy or Arjun Singh, "I disagree with your plans of expansion"; is that correct?

A        That's correct.

Q        You never sent an e-mail to Arjun or Noddy Singh, you disagree with their plans for expansion; is that correct?

A        That's correct.

Q        You continued to work after the

Pratik Patel

expansion took place; is that correct?

A       Yes.

Q       You continued working until, as you already said, until December of 2019 after the expansion occurred?

A       Yes.

Q       Once the expansion occurred, did the profits at Pan King Inc. suffer?

A       Yes.

Q       Can you categorize the amount of decrease in the profits; was it a small, moderate, large?

A       We never get the profits, so I don't know the exact amount.  But I do remember the restaurant was suffering from the expansion.

Q       What basis do you have to make that statement, why do you say that?

A       Because we used to have conversations, the restaurant is not making money to make rent toward it.

Q       In 2018, after the expansion, was there difficulty making rent?

A       Can you repeat that?

Q       In 2018, after the expansion

P. PATEL

Q. So, were Arjun Singh and Noddy Singh working, when you started working on December 16, 2017, for Pan King, Inc.?

A. Yes.

Q. So, it should be around seven employees; correct?

A. Yes.

Q. Okay. When you first started working for Pan King, Inc., what were your work hours?

A. Like at the beginning, I was opening the place around 10 a.m., and I leave in the evening, around seven to 8.

And then, after a few months, my schedule changed. I started coming in the afternoon and I was closing after midnight.

Q. Okay. When did your schedule change?

A. I'm not sure exact dates but it should be after five, six months.

Q. After five or six months, your schedule changed from ten to eight, 10 a.m. to eight p.m., to what exactly, to what

P. PATEL

hours did it change?

A.    I believe I was starting to come in afternoon and I was closing midnight.

Q.    Okay.  Afternoon, meaning five, 6:00, is that when you're referring to as afternoon or something else?

A.    I -- I think -- I think it is around three or four.

Q.    Three or four, okay.

A.    Yeah.

Q.    Three or 4 p.m. to 12 a.m.; correct?

A.    Yes.

Q.    When you first started working and you were working the 10 a.m. to 8 p.m. shift, were either Noddy Singh or Arjun Singh working with you during that shift time?

A.    Not every day.

Q.    There would be some days where you would be working by yourself; is that correct?

A.    No. I was working with the

[Page 46]
June 19, 2023

P. PATEL

was there ever a time where you took cash from Pan King, Inc. to compensate yourself for your employment?

A.      Took cash by myself, no.

Q.      Was there ever a time that you were given cash to compensate you for your employment during the first five months?

A.      During the first five months, no.  Hold up.  Can you repeat the question?

THE REPORTER:  Would you like me to read it?

MR. WALIA:  Yes, you can read it.

(Whereupon, the referred to question was read back by the Reporter.)

A.      Yes.

Q.      When for the first time did you get cash to compensate you for your employment with Pan King, Inc.?

A.      I do remember very first three months, I didn't get a salary at all.  And then, it started between four months, maybe first or second week.  I don't exactly

P. PATEL

remember.

Q.    Okay.  In the fourth month, when you first started getting cash as a form of compensation, who gave you that cash?

A.    Let me make clear.  I was getting some --

Q.    You broke up.  I couldn't hear you, if you could repeat.

A.    Okay.  Let me clear one thing. So, I was getting cash and check and it was handed by Arjun Singh.

Q.    Okay.  And that was only in the fourth month of your employment?

A.    Yes.

Q.    The check you were getting, was that because you were a W-2 employee of Pan King, Inc. or something else?

A.    I was a W-2 employee.

Q.    What was your salary as a W-2 employee?

A.    When this started, the salary I was getting, around 400.  It was -- okay, not around 400.  It was 400.  And then, a

P. PATEL

few months I was getting 400.  Then I went back and I talked to them again, that this is not enough.  Then they increased my salary to 550.

Q.    Were you getting at least minimum wage while you were employed there?

MR. KADOCHNIKOV:  Objection. Calls -- wait for me to interpose, and then you can answer. It calls for a legal conclusion.  You can answer.

A.    So, I have to calculate.

Q.    Well, let me ask the question. Let me ask the question a different way, okay?

You just told me that Mr. Hussein was making minimum wage; right?

A.    Yes.

Q.    How were you able to calculate that?

A.    As I said, very first few months, Arjun Singh used to handle everything.  He was making the salary, as I said.  I only said few times Arjun Singh

P. PATEL

would make everything and he was handing over that --

Q.      Well, let me interject there.

A.      Yes.

Q.      You were responsible for Mr. Hussein's schedule; correct?

A.      No.

Q.      You were not responsible for Mr. Hussein's schedule?

A.      No.  As I said -- that's why I clear myself because you stuck very first month but that's -- everything started around after two or three months.

Very first month or two, Arjun Singh used to do everything, even scheduling, like end of the week making the salary for everybody and hand out to everyone, unless he made that salary and he is not at the restaurant, he used to call me and said okay, I'm not able to come, can you hand over -- hand over salary, which he made to employees, and take the salary.

Q.      Did you ever handle scheduling while you were employed there?

P. PATEL

A.    Ever, yes.

Q.    How many times did you handle scheduling?

A.    Hardly, four, five times.

Q.    Could it have been more than four or five times?

A.    I don't remember, so I don't know.

Q.    When you did handle the scheduling the four -- hello?

A.    Are you there?

Q.    You are frozen.  When you did handle the scheduling the four or five times, did you handle scheduling for yourself, for Arjun Singh, Noddy Singh and the rest of the employees?

A.    Arjun Singh and Noddy Singh's schedule weren't fixed and I wasn't scheduling my schedule.  Arjun Singh and Noddy Singh scheduled my schedule very first --

Q.    Mr. Patel, please answer the question I'm asking, okay?

A.    Okay.

P. PATEL

Q.    You told me you do remember scheduling four or five times; correct?

A.    Yes.

Q.    So my question to you is quite simple:  When you did do the scheduling that four to five times, did you do the scheduling for yourself, for Arjun Singh, for Noddy Singh, for any other employees?

**A.    Okay.  During that time, four to five times I schedule, as I said, Arjun Singh and Noddy Singh, I did not schedule neither myself.**

**Only I schedule is the other employees, who can work, and my schedule mostly was fixed when I was doing the morning, I was doing the every morning, and when I was doing the night, I was doing the night, six days when I -- time to work, and Arjun Singh and Noddy Singh, only they used to work after a few months, like after two or three months, they only used to work when we -- we -- some employees were off or we wouldn't fix the employees' schedule, and there is a gap and no one else to work.**

P. PATEL

Q.    Okay.  So, you never told Arjun Singh or Noddy Singh that you're scheduled to work this week; is that correct?

A.    No.  Yes, that is correct.

Q.    Okay.  You never told Arjun Singh or Noddy Singh that you won't be able to work and they would have to work during a certain week; is that correct?

A.    For myself, no, that is not correct.

Q.    You never said that, you never said that to them; right?

A.    Okay.  Okay.  Can you repeat the question?

Q.    Okay.  Did there ever come a point of time, during your course of employment with Pan King, Inc., that you told Arjun Singh and Noddy Singh that they would have to come in to work?

A.    No.

Q.    While you were working with Pan King, Inc., did you ever fix a schedule for yourself?

A.    No.