**Messages exported from: iPhone (+15167213656)**
**With: Arjunpaji (5167376467)**
PDF created with Decipher TextMessage (deciphertools.com)

---

**12/11/2017 11:45 AM (Viewed 12/11/2017 3:26 PM)**

Arjunpaji (5167376467)

How far are u ??

**12/14/2017 1:34 PM (Viewed 12/14/2017 1:58 PM)**

Arjunpaji (5167376467)

Tilapia

**12/14/2017 3:25 PM**
iPhone (+15167213656)

I'm on phone with optimum

**12/14/2017 3:25 PM (Viewed 12/14/2017 3:35 PM)**

Arjunpaji (5167376467)

Ok

**12/20/2017 6:41 PM**
iPhone (+15167213656)

Paji, I'm curious, we haven't talked about my salary??

**12/20/2017 6:46 PM (Viewed 12/20/2017 6:47 PM)**

Arjunpaji (5167376467)

Talk Tommorow

**12/20/2017 6:48 PM**
iPhone (+15167213656)

Cool

**12/21/2017 7:10 PM**

Arjunpaji (5167376467)

Call noddys phone I'm on the phone wi th someone

**12/21/2017 7:10 PM**
iPhone (+15167213656)

K

**1/1/2018 10:21 AM**

Arjunpaji (5167376467)

Happy new years kishore is coming in at 11

**1/1/2018 10:21 AM**
iPhone (+15167213656)

Happy New Year. K

**1/1/2018 2:58 PM**
iPhone (+15167213656)

I need lettuce, by 6 or 7

**1/1/2018 3:00 PM (Viewed 1/1/2018 3:49 PM)**

Arjunpaji (5167376467)

Ok

**1/1/2018 4:15 PM**
iPhone (+15167213656)

We will need chicken by afternoon tomorrow.

1

**1/1/2018 4:15 PM (Viewed 1/1/2018 4:21 PM)**

Arjunpaji (5167376467)

Ok

**1/1/2018 4:27 PM**
iPhone (+15167213656)

R u free??

**1/1/2018 6:07 PM (Viewed 1/1/2018 6:45 PM)**

Arjunpaji (5167376467)

Hey Pratik just saw ur message wsup?

**1/2/2018 3:54 PM**
iPhone (+15167213656)

18004514196

**1/9/2018 10:47 AM**

Arjunpaji (5167376467)

Can u pick up 1 latte

**1/9/2018 10:48 AM**
iPhone (+15167213656)

How long u take??

**1/14/2018 11:01 AM**
iPhone (+15167213656)

Who is working today??

**1/14/2018 11:02 AM**

Arjunpaji (5167376467)

Carlos is coming at 12 , kishore asked for off last minute.

**1/14/2018 11:02 AM**
iPhone (+15167213656)

K

**1/14/2018 11:03 AM**
iPhone (+15167213656)

How about tonight??

**1/14/2018 11:05 AM (Viewed 1/14/2018 11:10 AM)**

Arjunpaji (5167376467)

U will work tonight

**1/14/2018 11:06 AM (Viewed 1/14/2018 11:10 AM)**

Arjunpaji (5167376467)

Just kidding ashish and Mahesh are

**1/14/2018 11:10 AM**
iPhone (+15167213656)

😂😂

**1/19/2018 10:00 PM (Viewed 1/19/2018 10:06 PM)**

Arjunpaji (5167376467)

Did the grill guy call u back ?

**1/19/2018 10:06 PM**
iPhone (+15167213656)

No

2

**3/30/2018 9:11 AM (Viewed 3/30/2018 9:12 AM)**

Arjunpaji (5167376467)

Ur my hero

**3/30/2018 9:12 AM**
iPhone (+15167213656)

I'm done for the day

**3/30/2018 9:12 AM (Viewed 3/30/2018 10:12 AM)**

Arjunpaji (5167376467)

But the day is not.done with u

**3/30/2018 10:13 AM**
iPhone (+15167213656)

Folded napkins

**3/30/2018 10:13 AM**

Arjunpaji (5167376467)

I left

**3/30/2018 10:13 AM**
iPhone (+15167213656)

K

**3/30/2018 10:13 AM (Viewed 3/30/2018 10:30 AM)**

Arjunpaji (5167376467)

K

**3/30/2018 10:13 AM (Viewed 3/30/2018 10:30 AM)**

Arjunpaji (5167376467)

K

**4/1/2018 12:10 PM**
iPhone (+15167213656)

Who's working tonight?

**4/1/2018 6:39 PM**
iPhone (+15167213656)

Who's coming other than Gopi?

**4/1/2018 6:40 PM (Viewed 4/1/2018 6:41 PM)**

Arjunpaji (5167376467)

Ur working double

**4/1/2018 6:41 PM**
iPhone (+15167213656)

You got it.

**4/2/2018 8:33 AM**
iPhone (+15167213656)

R u up?

**4/2/2018 9:53 AM**
iPhone (+15167213656)

I got 2-pita
2-coke
1-tomato
1-masculine
From the list

19

**4/30/2018 12:13 PM**
iPhone (+15167213656)

I didn't include coke products.

**5/1/2018 7:23 PM**
iPhone (+15167213656)

No they don't

**5/1/2018 7:23 PM (Viewed 5/1/2018 8:01 PM)**

Arjunpaji (5167376467)

Ok

**5/2/2018 8:17 PM**
iPhone (+15167213656)

I'll bring soda tomorrow morning

**5/2/2018 8:17 PM**
iPhone (+15167213656)

From rd

**5/2/2018 8:25 PM (Viewed 5/2/2018 8:26 PM)**

Arjunpaji (5167376467)

Ok

**5/3/2018 2:33 AM (Viewed 5/3/2018 7:37 AM)**

Arjunpaji (5167376467)

Soda
1. 2 coke
2. 2 Sunkist
3. 3 water
4. Grape soda
5. 2 ginger ale
6. Gatorade orange,fruit punch ,Cascade crush.  This is a mix pack

**5/6/2018 8:59 AM (Viewed 5/6/2018 9:25 AM)**

Arjunpaji (5167376467)

We need lettuce , take from maharaja if price is $30 then take rommaine that will be around
 $18

**5/6/2018 9:32 AM**
iPhone (+15167213656)

It's 20, I'll get two.

**5/6/2018 9:37 AM (Viewed 5/6/2018 9:44 AM)**

Arjunpaji (5167376467)

Ok

**5/6/2018 10:49 AM**
iPhone (+15167213656)

Who is working today?

**5/6/2018 10:49 AM**
iPhone (+15167213656)

New guy?

**5/6/2018 10:49 AM**

Arjunpaji (5167376467)

Yes

**5/6/2018 3:07 PM**
iPhone (+15167213656)

Did We reduce $1.00 for fish and shrimp items?

**5/6/2018 3:10 PM (Viewed 5/6/2018 6:23 PM)**

Arjunpaji (5167376467)

Can u text noddy as well and ask him about this ?

**5/6/2018 5:24 PM (Viewed 5/6/2018 6:23 PM)**

Arjunpaji (5167376467)

Tell him to come in Tuesday

**5/6/2018 6:24 PM**
iPhone (+15167213656)

I told him to come at 10:30am Tuesday.

**5/6/2018 6:26 PM (Viewed 5/6/2018 6:37 PM)**

Arjunpaji (5167376467)

Oo

**5/6/2018 6:26 PM (Viewed 5/6/2018 6:37 PM)**

Arjunpaji (5167376467)

Ok

**5/6/2018 7:20 PM**
iPhone (+15167213656)

Done

**5/6/2018 7:39 PM**
iPhone (+15167213656)

Is this guy want free food?

**5/6/2018 7:40 PM**

Arjunpaji (5167376467)

Any complaints today?

**5/6/2018 7:40 PM**
iPhone (+15167213656)

No

**5/6/2018 7:41 PM**

Arjunpaji (5167376467)

Ok

**5/7/2018 2:08 AM (Viewed 5/7/2018 11:29 AM)**

Arjunpaji (5167376467)

Bring onions from maharaja

**5/7/2018 4:59 PM**
iPhone (+15167213656)

Raj sayings is he want to work tomorrow

**5/7/2018 5:01 PM**

Arjunpaji (5167376467)

Call him for training ok

**5/7/2018 5:01 PM**
iPhone (+15167213656)

At 2

27

**5/23/2018 5:12 PM**
iPhone (+15167213656)

Tomorrow

**5/24/2018 2:40 PM**
iPhone (+15167213656)

Can't work tomorrow, probably, she will discharge Saturday

**5/24/2018 10:18 PM (Viewed 5/25/2018 8:31 AM)**

Arjunpaji (5167376467)

Ok good luck

**5/27/2018 1:22 PM**
iPhone (+15167213656)

Breads :(in stock)
Burger- 2
Philly- 3
Texas-2

Order:
Tomato-1
Chicken-5
Shrimp-2
7" platers-1
8" Platters-2
7" lid-1
Ketchup up packets-1
Water-3
Oil-1

**5/27/2018 1:22 PM**
iPhone (+15167213656)

Rice

**5/27/2018 1:22 PM**
iPhone (+15167213656)

Not important

**5/27/2018 1:23 PM**

Arjunpaji (5167376467)

Whatas not important?

**5/27/2018 1:23 PM**
iPhone (+15167213656)

Rice

**5/27/2018 1:26 PM (Viewed 5/27/2018 2:05 PM)**

Arjunpaji (5167376467)

Oo

**5/27/2018 1:26 PM (Viewed 5/27/2018 2:05 PM)**

Arjunpaji (5167376467)

Ok

**5/27/2018 3:44 PM (Viewed 5/27/2018 3:47 PM)**

Arjunpaji (5167376467)

Raj is working tommorow morning n Ashish in the evening

**5/27/2018 3:47 PM**
iPhone (+15167213656)

K

30

**5/30/2018 4:19 PM**
iPhone (+15167213656)

No just wondering

**5/30/2018 4:19 PM**

Arjunpaji (5167376467)

Not sure

**5/30/2018 4:19 PM**
iPhone (+15167213656)

If you are coming than come early

**5/30/2018 4:19 PM**

Arjunpaji (5167376467)

What do you need?

**5/30/2018 4:21 PM**
iPhone (+15167213656)

Nothing just have diarrhea. If you can cover hour or half?

**5/30/2018 4:22 PM (Viewed 5/30/2018 4:26 PM)**

Arjunpaji (5167376467)

I'm not close by call Gopi in early

**5/30/2018 4:26 PM**
iPhone (+15167213656)

Not it's fine. I'll handle.

**6/1/2018 10:02 AM**
iPhone (+15167213656)

Only get one lettuce box.

**6/1/2018 10:42 AM**
iPhone (+15167213656)

Salt bag

**6/1/2018 10:48 AM (Viewed 6/1/2018 11:40 AM)**

Arjunpaji (5167376467)

Ok

**6/1/2018 1:21 PM**
iPhone (+15167213656)

Raj wants off today.

**6/1/2018 1:38 PM**
iPhone (+15167213656)

And get 2 extra chicken

**6/1/2018 1:57 PM (Viewed 6/1/2018 2:00 PM)**

Arjunpaji (5167376467)

That's fine give him off he's working tommorow morning remind him

**6/1/2018 2:00 PM**
iPhone (+15167213656)

Today is Friday, probably we need third person in evening.

**6/1/2018 2:22 PM (Viewed 6/1/2018 2:23 PM)**

Arjunpaji (5167376467)

Ok u stay for a little longer

32

**6/23/2018 12:03 PM**
iPhone (+15167213656)

Can you work tomorrow? Ashish is not around tomorrow

**6/23/2018 1:21 PM (Viewed 6/23/2018 1:29 PM)**

Arjunpaji (5167376467)

Text noddy n let him know he will work

**6/23/2018 1:29 PM**
iPhone (+15167213656)

K

**6/23/2018 9:12 PM**
iPhone (+15167213656)

He is not answering

**6/23/2018 9:13 PM (Viewed 6/23/2018 10:23 PM)**

Arjunpaji (5167376467)

Ok

**6/23/2018 10:24 PM**
iPhone (+15167213656)

I just talked to him. He said, will work.

**6/23/2018 10:25 PM**

Arjunpaji (5167376467)

We spoke to him

**6/23/2018 10:25 PM**
iPhone (+15167213656)

K

**6/24/2018 11:11 AM**
iPhone (+15167213656)

Who's working?

**6/24/2018 11:12 AM (Viewed 6/24/2018 11:13 AM)**

Arjunpaji (5167376467)

Call noddy please

**6/24/2018 11:13 AM**
iPhone (+15167213656)

K

**6/25/2018 9:50 PM**
iPhone (+15167213656)

Can I call you later?

**6/25/2018 9:50 PM (Viewed 6/25/2018 10:24 PM)**

Arjunpaji (5167376467)

Sure

**6/25/2018 10:00 PM (Viewed 6/25/2018 10:24 PM)**

Arjunpaji (5167376467)

List
1.   3 chicken
2.   1 lettuce
3. 2 lamb

**6/30/2018 5:47 PM**
iPhone (+15167213656)

?

**7/1/2018 2:52 PM**
iPhone (+15167213656)

Do you want to make schedule now?

**7/1/2018 4:13 PM**

Arjunpaji (5167376467)

Same as last week pats

**7/1/2018 4:14 PM**
iPhone (+15167213656)

How about Raj? He told me today morning,"can work only Monday, Tuesday and Wednesday."

**7/1/2018 4:15 PM**

Arjunpaji (5167376467)

Call noddy and let him know about rajs schedule, if we need to keep raj he needs to work sat sun and Monday

**7/1/2018 4:15 PM**
iPhone (+15167213656)

K

**7/1/2018 4:28 PM**
iPhone (+15167213656)

Should I replace Raj with noddypajji 's schedule?

**7/3/2018 10:10 AM**
iPhone (+15167213656)

Get lettuce box and burger bun

**7/3/2018 10:11 AM**
iPhone (+15167213656)

On the way

**7/3/2018 10:11 AM**

Arjunpaji (5167376467)

Where should I get it from ?

**7/4/2018 12:25 PM (Viewed 7/4/2018 12:27 PM)**

Arjunpaji (5167376467)

3 cases of mango pulp

**7/6/2018 12:27 AM (Viewed 7/6/2018 8:47 AM)**

Arjunpaji (5167376467)

Pats it's a small list can you pickup in the morning ?

**7/6/2018 8:48 AM**
iPhone (+15167213656)

Sorry Paji, I'm running late

**7/6/2018 10:08 AM**
iPhone (+15167213656)

Mark's guys want to work downstairs

39

**7/27/2018 10:40 PM**
iPhone (+15167213656)

Done

**7/27/2018 10:40 PM**
Arjunpaji (5167376467)

Call lalit

**7/27/2018 10:40 PM**
iPhone (+15167213656)

Yes

**7/27/2018 10:40 PM**
Arjunpaji (5167376467)

Have Raj cover for evening

**7/27/2018 10:40 PM**
Arjunpaji (5167376467)

Noddy wants him to work

**7/27/2018 10:41 PM**
iPhone (+15167213656)

Where in store?

**7/27/2018 10:41 PM**
Arjunpaji (5167376467)

So let's see

**7/27/2018 10:41 PM**
Arjunpaji (5167376467)

Chk n rice

**7/27/2018 10:41 PM**
iPhone (+15167213656)

Let's talk Friday

**7/27/2018 10:41 PM**
iPhone (+15167213656)

When we all together

**7/27/2018 10:42 PM (Viewed 7/28/2018 8:07 AM)**
Arjunpaji (5167376467)

Aight

**7/29/2018 6:52 PM**
iPhone (+15167213656)

Call me whenever you get a chance

**7/29/2018 9:47 PM (Viewed 7/30/2018 12:43 AM)**
Arjunpaji (5167376467)

I spoke to Gopi about the Philly cheese steak situation and he said it never happened

**7/29/2018 9:47 PM (Viewed 7/30/2018 12:43 AM)**
Arjunpaji (5167376467)

I thought so too

**7/30/2018 12:43 AM**
iPhone (+15167213656)

K

43

**7/31/2018 4:23 PM (Viewed 7/31/2018 10:25 PM)**

Arjunpaji (5167376467)

Hi pats bring 2 case of chicken tommorow
Also order Arizona
1. 4 mango
2. 1 watermelon

**7/31/2018 4:24 PM (Viewed 7/31/2018 10:25 PM)**

Arjunpaji (5167376467)

We are sitting tommorow evening don't forget

**8/8/2018 10:14 AM**
iPhone (+15167213656)

Get the battery cell #LR1130 for timer

**8/8/2018 10:37 AM (Viewed 8/8/2018 6:52 PM)**

Arjunpaji (5167376467)

Ok let me check

**8/10/2018 9:53 AM**

Arjunpaji (5167376467)

What time did u cash out yesterday?

**8/10/2018 9:53 AM**
iPhone (+15167213656)

I'll check it out in 15 min

**8/10/2018 9:52 PM**
iPhone (+15167213656)

Lettuce-1
Mushroom-1
G paper -1
Chicken-5
Lame-1Optional
Pita-1
Burger bun-3
Hero-3
Gloves-1case optional
Garbage bag-1 optional

**8/12/2018 10:26 AM**
iPhone (+15167213656)

What time did you cash out?

**8/12/2018 10:27 AM (Viewed 8/12/2018 10:29 AM)**

Arjunpaji (5167376467)

I wrote 6:30

**8/12/2018 3:06 PM (Viewed 8/12/2018 3:26 PM)**

Arjunpaji (5167376467)

Raj is also working Friday and Saturday nights   fyi

**8/12/2018 3:26 PM**
iPhone (+15167213656)

From what time?

**8/12/2018 3:26 PM**
iPhone (+15167213656)

To what time?

44

**8/16/2018 12:06 PM (Viewed 8/16/2018 12:50 PM)**

Arjunpaji (5167376467)

U tell me

**8/16/2018 12:06 PM (Viewed 8/16/2018 12:50 PM)**

Arjunpaji (5167376467)

I was bringing 2 case

**8/16/2018 12:06 PM (Viewed 8/16/2018 12:50 PM)**

Arjunpaji (5167376467)

And how many chicken to bring ?

**8/16/2018 12:51 PM**

iPhone (+15167213656)

2 case lettuce
Chicken 6 cases

**8/16/2018 12:53 PM**

Arjunpaji (5167376467)

Okay

**8/16/2018 3:38 PM (Viewed 8/16/2018 3:48 PM)**

Arjunpaji (5167376467)

1. Chicken breast
2. Gloves

**8/16/2018 4:55 PM (Viewed 8/16/2018 5:23 PM)**

Arjunpaji (5167376467)

1. Burger box
2. 7 inch platter
3. Water

**8/17/2018 3:02 PM**

iPhone (+15167213656)

Chicken
Water
7"platters

**8/18/2018 3:37 PM (Viewed 8/18/2018 3:50 PM)**

Arjunpaji (5167376467)

I picked up gloves and extra lamb also

**8/18/2018 3:50 PM**

iPhone (+15167213656)

K thank you

**8/19/2018 12:53 PM**

iPhone (+15167213656)

R u going to come back? Just wondering for schedule

**8/19/2018 12:54 PM (Viewed 8/19/2018 1:07 PM)**

Arjunpaji (5167376467)

I'll call u soon

**8/20/2018 12:05 AM**

iPhone (+15167213656)

I'll keep same schedule as last week for tomorrow Carlos and ashish off

46

**8/20/2018 12:26 AM (Viewed 8/20/2018 7:57 AM)**

Arjunpaji (5167376467)

Ok n text noddy as well

**8/21/2018 1:52 PM**
iPhone (+15167213656)

Get one lettuce box too

**8/21/2018 2:07 PM (Viewed 8/21/2018 2:16 PM)**

Arjunpaji (5167376467)

Left

**8/23/2018 8:05 PM**
iPhone (+15167213656)

We have 3 buckets in basement

**8/23/2018 9:01 PM (Viewed 8/23/2018 9:09 PM)**

Arjunpaji (5167376467)

Ok pats

**8/26/2018 10:15 AM**
iPhone (+15167213656)

Just grab hero bread from apna or maharajah on the way

**8/26/2018 10:16 AM**
iPhone (+15167213656)

4-6 please!

**8/26/2018 10:16 AM**

Arjunpaji (5167376467)

Ok

**8/26/2018 10:16 AM**

Arjunpaji (5167376467)

Ok

**8/26/2018 4:16 PM**
iPhone (+15167213656)

He will work tomorrow night

**8/26/2018 4:16 PM (Viewed 8/26/2018 4:25 PM)**

Arjunpaji (5167376467)

Ok

**8/27/2018 8:09 PM**
iPhone (+15167213656)

Raj can't work Thursday

**8/27/2018 8:47 PM (Viewed 8/27/2018 10:05 PM)**

Arjunpaji (5167376467)

Ok

**8/30/2018 6:35 PM**
iPhone (+15167213656)

We will need new check book

**8/30/2018 6:36 PM**

Arjunpaji (5167376467)

Ok

**9/1/2018 10:00 AM**
iPhone (+15167213656)

Thank you

**9/1/2018 2:00 PM (Viewed 9/1/2018 2:39 PM)**

Arjunpaji (5167376467)

15167376467 Depositing new message This person called, but left an empty message. Click here: 14699825006 to listen to full voice message.

**9/1/2018 8:07 PM**
iPhone (+15167213656)

Sorry Pakipaj, I forgot but I'm going out tomorrow. Can we meet Monday?

**9/1/2018 8:09 PM**

Arjunpaji (5167376467)

Sure

**9/1/2018 8:09 PM**
iPhone (+15167213656)

Thank you

**9/2/2018 6:22 PM (Viewed 9/2/2018 8:58 PM)**

Arjunpaji (5167376467)

Good

**9/5/2018 10:17 AM**
iPhone (+15167213656)

Should I call Veronica for training today?

**9/5/2018 10:18 AM**
iPhone (+15167213656)

Or tomorrow

**9/5/2018 9:24 PM (Viewed 9/5/2018 11:21 PM)**

Arjunpaji (5167376467)

Can u give me the number for the license guy for Nick's

**9/11/2018 7:43 PM (Viewed 9/11/2018 8:24 PM)**

Arjunpaji (5167376467)

Pats Ashish cannot work tommorow night , I will run the morning with Ashish he's coming late. You and noddy cover the night shift.

**9/12/2018 9:13 PM (Viewed 9/12/2018 9:14 PM)**

Arjunpaji (5167376467)

Do u know how much hot sauce we have now ??

**9/12/2018 9:15 PM**
iPhone (+15167213656)

Half bucket

**9/12/2018 9:15 PM (Viewed 9/12/2018 9:18 PM)**

Arjunpaji (5167376467)

Ok

**9/12/2018 9:17 PM (Viewed 9/12/2018 9:18 PM)**

Arjunpaji (5167376467)

No Sela rice in maharaja

49

**9/18/2018 7:18 PM (Viewed 9/18/2018 7:19 PM)**

Arjunpaji (5167376467)

Don't give tip to the new guy

**9/18/2018 7:19 PM**
iPhone (+15167213656)

Sorry it's too late

**9/18/2018 7:19 PM**

Arjunpaji (5167376467)

Take it back now

**9/18/2018 7:20 PM**
iPhone (+15167213656)

I'll tomorrow

**9/18/2018 7:20 PM**

Arjunpaji (5167376467)

No now

**9/18/2018 7:20 PM**
iPhone (+15167213656)

He left

**9/18/2018 7:21 PM**

Arjunpaji (5167376467)

He works till 8

**9/18/2018 7:25 PM**

Arjunpaji (5167376467)

U spoke to ashish about tonight food delivery ?

**9/18/2018 7:25 PM**
iPhone (+15167213656)

Yes

**9/18/2018 7:26 PM**

Arjunpaji (5167376467)

Ok great see u

**9/18/2018 7:26 PM**
iPhone (+15167213656)

K

**9/20/2018 11:19 AM**
iPhone (+15167213656)

Are you going to do payroll today? Nd who is going to cover tomorrow night shift?

**9/20/2018 11:27 AM (Viewed 9/20/2018 11:28 AM)**

Arjunpaji (5167376467)

It's Ashish and Carlos

**9/20/2018 11:28 AM**

Arjunpaji (5167376467)

For tonight

**9/20/2018 11:28 AM**
iPhone (+15167213656)

Tomorrow night

52