OMB Control Number 3245-0406
Expiration Date: 9/30/2020



## U.S. SMALL BUSINESS ADMINISTRATION

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

SBA is collecting the requested information in order to make a loan under SBA's Economic Injury Disaster Loan Program to the qualified entities listed in Question 3-Organization Type below that are impacted by the Coronavirus (COVID-19). The information will be used in determining whether the applicant is eligible for an economic injury loan. If you do not submit all the information requested, your loan cannot be fully processed.

If you have questions about this application or problems providing the required information, please contact our Customer Service Center at 1-800-659-2955 or (TTY: 1-800-877-8339) or DisasterCustomerService@sba.gov.

If more space is needed for any section of this application, please attach additional sheets. SBA will contact you by phone or e-mail to discuss your loan request.

## FILING REQUIREMENTS

**You must complete and submit the following:**

☐ This application (SBA Form 3501), completed and signed

☐ Economic Injury Disaster Loan Supporting Information (SBA Form 3502)

☐ Self-Certification for Verification of Eligible Entity for Emergency Economic Injury Disaster Loan Advance (SBA Form 3503)

**FOR INTERNAL SBA USE ONLY**
Economic Injury Declaration Number:
SBA Application Number:
Date Received:
By:
Filing Deadline Date:

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



## U.S. SMALL BUSINESS ADMINISTRATION

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

PLEASE NOTE: The estimated time for completing this portion of the application is 30 minutes. You are not required to respond to this or any collection of information unless it displays a currently valid OMB approval number. If you have any questions or comments concerning any aspects of this information collection, please contact the U.S. Small Business Administration Information Branch, 409 3rd St., SW, Washington, DC 20416 and Desk Officer for SBA, Office of Management and Budget, Office of Information and Regulatory Affairs, New Executive Office Building , Washington, DC 20503.

## BUSINESS INFORMATION

1. Legal Name of Business: *PANKING INC*

2. Trade Name: (Insert DBA name if different than legal name) *The halal chicken & Rice Company*

3. Organization Type:

   ☐ Cooperative

   ☐ Employee Stock Ownership Plan(ESOP)

   ☐ Sole Proprietor

   ☐ Independent Contractor

   ☐ Tribal Business

   ☐ Partnership

SBA Form 3501 (04/20)

PRTA000114

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

☑ Corporation

☐ Limited Partnership

☐ Nonprofit Organization

☐ Limited Liability Entity (LLC, LLP)

☐ Trust

☐ Other:

4.  Federal Employer Identification Number (EIN), if applicable, or Social Security

█████████████████████████

5.  Business Phone Number:  516- 433- 9700

6.  Mailing Address:

Street:  5 mineola Ave.

City:  Hicksville          State: NY  ZIP code:  11801

7.  Business Property Address(es):

Address 1

Street:  8 Jerusalem Ave

City:  Hicksville          State: NY  ZIP code:  11801

Address 2

Street:

City:                      State:          Zip code:

Address 3

Street:

City:                      State:          ZipCode:

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

8.  Provide name of individual to contact for information necessary to process the application: **NODDY SINGH.**

Phone Number: **516 - 717 -5550**

Alternative contact information:

☐  Phone

☑ Email ~~NS57~~ **NS 5783@Gmail.com.**

☐  Fax Number

☐  Other contact information

9.  Business Activity (e.g., restaurant, retail): **Restaurant**

10. Number of Employees Pre-disaster: **4**

11. Date Business Established (MM/DD/YYYY): **11/21/17**

12. Current Management Since: **11/21/17**

13. Amount in U.S. Dollars of Estimated Loss: **$157,968**

14. Owner Information. <u>Complete for Each</u>:

   a.  Proprietor, or

   b.  Limited partner who owns 20% or more interest and each general partner,  or

   c.  Stockholder or entity owning 20% or more voting stock.
   *If you need more space, include documentation on additional information pages.*

<u>Owner #1</u>:

Legal Name: **NODDY SINGH**

Title/Office: **Owner.**

Percentage Owned: **50%.**

Email Address: **NS5783@Gmail.com.**

Social Security Number*: ████████████

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

Date of Birth: █████████

Place of Birth: INDIA

City*: New Delhi          State*: Delhi

Telephone Number: 516-717-5550

US Citizen? ☐ Yes ☑ No

Mailing Address

Street: 5 Mineola Ave

City: Hicksville          State: N.Y ZIP code: 11801

Owner #2:

Legal Name: ARJUN SINGH.

Title/Office: Owner

Percentage Owned: 50%

Email Address: Arjuns3380@Gmail.com.

Social Security Number*: ██████████

Date of Birth: ████████

Place of Birth*: INDIA

City: New Delhi          State: Delhi

Telephone Number:

US Citizen? ☑ Yes ☐ No

Mailing Address

Street: 48 Genesee st

City: Hicksville          State: NY ZIP code: 11801

Business Entity Owner:

EIN:

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

Type of Business:

% Ownership:

Mailing Address

Street:

City:                                    State:        ZIP code:

Email Address:

Phone:

15. Applicant business and each owner listed on this application, please respond to the following questions, providing dates and details on any question answered YES (Attach additional sheets as needed).

   a. In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction?

   ☐ Yes
   ☑ No

   b. Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans?

   ☐ Yes
   ☑ No

16. Regarding you or any owner listed on this application:

 a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction?

   NO.

SBA Form 3501 (04/20)

PRTA000118

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

b. Within the last 5 years, for any felony, have you:

- Been convicted; or

- Plead guilty; or

- Plead nolo contendere; or

- Been placed on pretrial diversion; or

- Been placed on any form of parole or probation (including probation before judgment)?

☐ Yes

☑ No

If yes, enter name of individual:

17. If anyone assisted you in completing this application, whether you pay a fee for this service or not, please provide the following information:

Individual Name:    N/A

Address of Representative

    Street:

    City:                            State:        ZIP code:

Name of Company:

Phone Number:

Address of Company

    Street:

    City:                            State:        ZIP code:

Fee in U.S. Dollars Charged or Agreed Upon:    N/A

☐ I give SBA permission to discuss any portion of this application with the representative listed above.

☐ **I DO NOT** give SBA permission to discuss any portion of this application with the representative listed above.

SBA Form 3501 (04/20)

PRTA000119

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

18. ACH Information

Bank Name: Bank of America.

Routing Number: 021 000 322

█████████████████████████ 6126

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



## U.S. SMALL BUSINESS ADMINISTRATION

## ECONOMIC INJURY DISASTER LOAN

## AGREEMENTS AND CERTIFICATIONS

On behalf of the undersigned individually and for the applicant business:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.

I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.
I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

Signature: _Andy Singh_     Date: 8/23/21

Signatory Name: NODDY SINGH

Title: Owner

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



## U.S. SMALL BUSINESS ADMINISTRATION

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

SBA is collecting the requested information in order to make a loan under SBA's Economic Injury Disaster Loan Program to the qualified entities listed in Question 3-Organization Type below that are impacted by the Coronavirus (COVID-19). The information will be used in determining whether the applicant is eligible for an economic injury loan. If you do not submit all the information requested, your loan cannot be fully processed.

If you have questions about this application or problems providing the required information, please contact our Customer Service Center at 1-800-659-2955 or (TTY: 1-800-877-8339) or DisasterCustomerService@sba.gov.

If more space is needed for any section of this application, please attach additional sheets. SBA will contact you by phone or e-mail to discuss your loan request.

## FILING REQUIREMENTS

**You must complete and submit the following:**

☐ This application (SBA Form 3501), completed and signed

☐ Economic Injury Disaster Loan Supporting Information (SBA Form 3502)

☐ Self-Certification for Verification of Eligible Entity for Emergency Economic Injury Disaster Loan Advance (SBA Form 3503)

**FOR INTERNAL SBA USE ONLY**
Economic Injury Declaration Number:
SBA Application Number:
Date Received:
By:
Filing Deadline Date:

SBA Form 3501 (04/20)

PRTA000123

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



# U.S. SMALL BUSINESS ADMINISTRATION

## COVID-19 ECONOMIC INJURY DISASTER LOAN APPLICATION

PLEASE NOTE: The estimated time for completing this portion of the application is 30 minutes. You are not required to respond to this or any collection of information unless it displays a currently valid OMB approval number. If you have any questions or comments concerning any aspects of this information collection, please contact the U.S. Small Business Administration Information Branch, 409 3rd St., SW, Washington, DC 20416 and Desk Officer for SBA, Office of Management and Budget, Office of Information and Regulatory Affairs, New Executive Office Building , Washington, DC 20503.

### BUSINESS INFORMATION

1. Legal Name of Business: **PANKING INC**

2. Trade Name: (Insert DBA name if different than legal name) **The halal chicken & Rice Company**

3. Organization Type:

   ☐ Cooperative

   ☐ Employee Stock Ownership Plan(ESOP)

   ☐ Sole Proprietor

   ☐ Independent Contractor

   ☐ Tribal Business

   ☐ Partnership

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

☑ Corporation

☐ Limited Partnership

☐ Nonprofit Organization

☐ Limited Liability Entity (LLC, LLP)

☐ Trust

☐ Other:

4. Federal Employer Identification Number (EIN), if applicable, or Social Security ████████████████ 4164

5. Business Phone Number: 516-433-9700

6. Mailing Address:

   Street: 48 Genesee st

   City: Hicksville          State: N.Y  ZIP code: 11801

7. Business Property Address(es):

   Address 1

   Street: 8 Jerusalem Ave

   City: Hicksville          State: NY   ZIP code: 11801

   Address 2

   Street:

   City:                     State:      Zip code:

   Address 3

   Street:

   City:                     State:      ZipCode:

SBA Form 3501 (04/20)

PRTA000125

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

8. Provide name of individual to contact for information necessary to process the application: **ARJUN SINGH**

   Phone Number: **516-737-6467**

   Alternative contact information:

   ☐ Phone

   ☑ Email **Arjuns3380@Gmail.com**

   ☐ Fax Number

   ☐ Other contact information

9. Business Activity (e.g., restaurant, retail): **Restaurant**

10. Number of Employees Pre-disaster: **4**

11. Date Business Established (MM/DD/YYYY): **11/21/17**

12. Current Management Since: **11/21/17**

13. Amount in U.S. Dollars of Estimated Loss: **$ 157,968**

14. Owner Information. Complete for Each:

    a. Proprietor, or

    b. Limited partner who owns 20% or more interest and each general partner, or

    c. Stockholder or entity owning 20% or more voting stock.
    *If you need more space, include documentation on additional information pages.*

    Owner #1:

    Legal Name: **Arjun Singh**

    Title/Office: **Owner**

    Percentage Owned: **50%**

    Email Address: **Arjuns3380 Gmail.com**

    Social Security Number*: ███████████████

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

Date of Birth: ▮▮▮▮▮▮▮

Place of Birth: INDIA

City*: New Delhi          State*: Delhi

Telephone Number: 516 - 737 - 6467 .

US Citizen? ☑ Yes  ☐ No

Mailing Address

Street: 48 Genesee st

City: Hicksville          State: NY  ZIP code: 11801

Owner #2:

Legal Name: NODDY SINGH

Title/Office: Owner

Percentage Owned: 50%

Email Address: NS5783 @ Gmail. Com

Social Security ▮▮▮▮▮▮▮

Date of Birth: ▮▮▮▮▮▮▮

Place of Birth*: INDIA

City: New ~~Delhi~~ Delhi          State: Delhi

Telephone Number: 516 - 717 - 5550

US Citizen? ☐ Yes  ☑ No

Mailing Address

Street: 5 mineola Ave .

City: Hicksville          State: NY  ZIP code: 11801

Business Entity Owner:

EIN:

SBA Form 3501 (04/20)

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

Type of Business:

% Ownership:

Mailing Address

Street:

City:                                    State:        ZIP code:

Email Address:

Phone:

15. Applicant business and each owner listed on this application, please respond to the following questions, providing dates and details on any question answered YES (Attach additional sheets as needed).

   a.  In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction?


Yes

No

   b.  Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans?


Yes

No

16. Regarding you or any owner listed on this application:·

  a.  Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction?

   No.

SBA Form 3501 (04/20)

PRTA000128

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

b. Within the last 5 years, for any felony, have you:

- Been convicted; or

- Plead guilty; or

- Plead nolo contendere; or

- Been placed on pretrial diversion; or

- Been placed on any form of parole or probation (including probation before judgment)?

☐ Yes

☑ No

If yes, enter name of individual:

17. If anyone assisted you in completing this application, whether you pay a fee for this service or not, please provide the following information:

Individual Name:  **N/A**

Address of Representative

    Street:

    City:              State:    ZIP code:

Name of Company:

Phone Number:

Address of Company

    Street:

    City:              State:    ZIP code:

Fee in U.S. Dollars Charged or Agreed Upon:  **N/A**

☐ I give SBA permission to discuss any portion of this application with the representative listed above.

☐ **I DO NOT** give SBA permission to discuss any portion of this application with the representative listed above.

SBA Form 3501 (04/20)

PRTA000129

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

18. ACH Information

Bank Name: Bank of America.

Routing Number: 021 000 322

Account Number: ████████████ 6126

SBA Form 3501 (04/20)

PRTA000130

OMB Control Number 3245-0406
Expiration Date: 9/30/2020



# U.S. SMALL BUSINESS ADMINISTRATION

# ECONOMIC INJURY DISASTER LOAN

## AGREEMENTS AND CERTIFICATIONS

On behalf of the undersigned individually and for the applicant business:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/We hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.

I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal or nonprofit organizations (e.g. Red Cross Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program or activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one-and-one half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement

SBA Form 3501 (04/20)

PRTA000131

OMB Control Number 3245-0406
Expiration Date: 9/30/2020

or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines and imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

Signature:

Date: 8/23/21

Signatory Name: Arjun SINGH

Title: Owner.

SBA Form 3501 (04/20)

PRTA000132