**BANK OF AMERICA**

SBA
OMB Control Number 3245-0407
Expiration Date: 10/31/2020
**PAN KING INC**

Paycheck Protection Program Loan Forgiveness Application (SBA Form 3508S)

**Please Note: This document reflects the information provided by the Borrower in connection with the online PPP Loan Forgiveness Application submitted electronically by the Borrower through Bank of America. It does not include all of the instructions and other text the Borrower saw as it completed the online Application.**

**A BORROWER MAY USE THIS FORM ONLY IF THE BORROWER RECEIVED A PPP LOAN OF $150,000 OR LESS.**

## PPP Loan Forgiveness Application

This application is for a First Draw PPP Loan.

**Business Information**

Business Legal Name ("Borrower")
PAN KING INC

DBA or Tradename, if applicable
the halal chicken & rice company

Business TIN (EIN, SSN, ITIN)

The business address, business phone and e-mail address associated with the Borrower's Online Banking profile as of the date you submit this forgiveness application to Bank of America will be used for purposes of this loan forgiveness application. Before submitting this application, please log into your Online Banking profile to review this information and update it, if necessary.

**Industry Information**

NAICS industry code

**Primary Contact Information**

Primary contact name
ARJUN SINGH

Phone number
516-737-6467

Confirm phone number
516-737-6467

**Paycheck Protection Program Loan Information**

SBA PPP loan number
6520337708

Lender PPP loan number
51004106579176

PPP maximum forgivable loan amount
$7,597.00

PPP loan disbursement date
05/05/2020

**Employees**

The total number of employees (including owners/partners) at the time of the Borrower's PPP Loan Application
3

The total number of employees (including owners/partners) at the time the Borrower is applying for loan forgiveness
3

**Covered Period**

I elect to use:

○ 24-week Covered Period   ● 8-week Covered Period   ○ Flexible Covered Period

Covered Period start date
05/05/2020

Covered Period end date
06/29/2020

**CONFIDENTIAL TREATMENT REQUESTED**                    **BANA_PKI 001**



SBA
OMB Control Number 3245-0407
Expiration Date: 10/31/2020
**PAN KING INC**

Paycheck Protection Program Loan Forgiveness Application (SBA Form 3508S)

**Based on the SBA's interim rule posted on January 6, 2021 (86 FR 3692), the SBA requires borrowers that received First Draw PPP Loans before December 27, 2020 to disclose whether a Covered Individual directly or indirectly held a Controlling Interest in the Borrower at the time the Borrower's loan application was submitted to the PPP lender.**

Purpose of SBA Form 3508D & definitions

The Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (Pub. L. 116-260) requires borrowers that received First Draw PPP Loans before December 27, 2020 to disclose whether a Covered individual directly or indirectly held a Controlling Interest in the Borrower at the time the Borrower's loan application was submitted to the PPP lender.

A Covered Individual means (a) any one of the following Government Officials: the President, the Vice President, the head of an Executive department as defined in 5 U.S.C. § 101, or a member of Congress, (the term "Member of Congress" means a Member of the Senate or House of Representatives, a Delegate to the House of Representatives, and the Resident Commissioner from Puerto Rico) and (b) the Spouse, as determined under applicable common law, of a Government Official described in clause (a), determined as of the time the Borrower's loan application was submitted to the PPP lender.

A Controlling Interest means owning, controlling, or holding not less than 20 percent, by vote or value, of the outstanding amount of any class of equity interest in a borrower. Additionally, for purposes of this certification, the securities owned, controlled or held by an individual and their spouse shall be aggregated. The term "equity interest" means (1) a share in a borrower, without regard to whether the share is transferable or classified as stock or anything similar, (2) a capital or profit interest in a limited liability company or partnership, or (3) a warrant or right, other than a right to convert, to purchase, sell, or subscribe to a share of interest described in (1) or (2), respectively.

If the Borrower is required to submit a disclosure of a controlling interest form (SBA Form 3508D), please call us to speak to a representative.  The SBA Form 3508D is required to be completed and submitted to Bank of America within 30 days after submitting the forgiveness application. Please call us at the below contact information for relevant information on how to submit this form.

866.457.4892
Monday-Friday: 7 a.m.-11 p.m. ET
Saturday: 8 a.m.-8 p.m. ET
Sunday: Closed
We accept calls made through relay services (dial 711).

**Did Borrower, (together with Affiliates, if applicable) receive First Draw  PPP Loans of $2 million or more or Second Draw PPP Loans  of $2 million or more?**

Select "Yes" if the Borrower, together with its affiliates (to the extent required under subsection D.3. of SBA's interim final rule posted on January 6, 2021 (86 FR 3692) and not waived under 15 U.S.C. 636(a)(36)(D)(iv)), received (a) First Draw PPP Loans with an original principal amount of $2 million or more (if this is a First Draw PPP Loan forgiveness application), or (b) Second Draw PPP Loans with an original principal amount of $2 million or more (if this is a Second Draw PPP Loan forgiveness application).

 Yes    No

**CONFIDENTIAL TREATMENT REQUESTED**                                    **BANA_PKI 002**



SBA
OMB Control Number 3245-0407
Expiration Date: 10/31/2020
**PAN KING INC**

Paycheck Protection Program Loan Forgiveness Application (SBA Form 3508S)

**PPP Loan Forgiveness Amount**

**PPP Maximum Forgivable Loan Amount:**

$7,597.00

**Amount of Loan Spent on Payroll Costs:**

$7,597.00

**Requested Loan Forgiveness Amount:**

$7,597.00

## Summary

| | |
|---|---|
| **PPP Maximum Forgivable Loan Amount** | **$7,597.00** |
| **Total Requested Forgiveness Amount** | **$7,597.00** |
| **Difference** | **$0.00** |

Please refer to your PPP loan account in online banking for your PPP loan amount.  If your PPP loan amount is greater than your PPP Maximum Forgivable Loan Amount, your remaining PPP loan balance will be greater than the "Difference" amount reflected above.  The "Difference" is the amount remaining when subtracting your Total Requested Loan Forgiveness Amount from your PPP Maximum Forgivable Loan Amount.  Any amount that is not forgiven must be repaid pursuant to the terms and conditions (including, without limitation repayment terms) set forth in your Promissory Note, Repayment Letter, and applicable SBA and Treasury Rules.

**CONFIDENTIAL TREATMENT REQUESTED**                    **BANA_PKI 003**



SBA
OMB Control Number 3245-0407
Expiration Date: 10/31/2020
**PAN KING INC**

Paycheck Protection Program Loan Forgiveness Application (SBA Form 3508S)

## PPP Borrower Demographic Information Form (Optional)

- Purpose: The Small Business Administration is collecting this veteran/gender/race/ethnicity data for program reporting purposes only.
- Description: This form requests information about each of the Borrower's Principals.
- Definition of Principal
    - For a self-employed individual, independent contractor, or a sole proprietor, the self-employed individual, independent contractor, or sole proprietor.
    - For a partnership, all general partners and all limited partners owning 20% or more of the equity of the Borrower, or any partner that is involved in the management of the Borrower's business.
    - For a corporation, all owners of 20% or more of the Borrower, and each officer and director.
    - For a limited liability company, all members owning 20% or more of the Borrower, and each officer and director.
    - Any individual hired by the Borrower to manage the day-to-day operations of the Borrower ("key employee").
    - Any trustor (if the Borrower is owned by a trust).
    - For a nonprofit organization, the officers and directors of the Borrower.
- Principal Name. Insert the full name of the Principal
- Position.  Identify the Principal's position; for example, self-employed individual; independent contractor; sole proprietor; general partner; owner; officer; director; member; or key employee.

**Disclosure is voluntary and will have no bearing on the loan forgiveness decision.**

☑     I, as an authorized representative of the Borrower, have elected <u>not</u> to complete the (optional) PPP  Borrower Demographic Information  Form.

**CONFIDENTIAL TREATMENT REQUESTED**                                              **BANA_PKI 004**



SBA
OMB Control Number 3245-0407
Expiration Date: 10/31/2020
**PAN KING INC**

Paycheck Protection Program Loan Forgiveness Application (SBA Form 3508S)

### E-Consent

This document, and the records populated based on the information provided herein, may be in the form of Electronic Records and may be executed using Electronic Signatures and shall be considered originals and shall have the same legal effect, validity and enforceability as paper records. For purposes hereof, "Electronic Record" and "Electronic Signature" shall have the meanings assigned to them, respectively, by 15 USC Section 7006, as it may be amended from time to time. The information provided herein will be used to populate SBA Form 3508S and PPP Borrower Demographic Information Form that can be found on (and downloaded from) Online Banking.

### Borrower

**Your signature as an "authorized representative" of Borrower is a representation to Bank of America, N.A. that you are authorized to make the representations and certifications contained herein and in all supporting documentation.**

☑      By checking this box, you acknowledge that your electronic signature as authorized representative for the Borrower will be applied to this Forgiveness Application and will have the same legal effect as a handwritten signature.

Borrower

PAN KING INC

By:     *ARJUN SINGH*                            Date:   October 28, 2021
           Signature of Authorized Representative

**Print Name**

ARJUN SINGH

                                            E-consent Date/Time Stamp
                                             2021-10-28T21:18:42.897Z

Title:         Authorized Representative

**CONFIDENTIAL TREATMENT REQUESTED**                           **BANA_PKI 005**