

 Federal Credit Union

PO Box 2069
Glen Burnie, MD 21060-2069
1.800.628.7070 Tel
lovebethpage.com

# STATEMENT OF ACCOUNT

| Account Number | Statement Date |
|---|---|
| ▮▮▮▮▮ | 08-31-2020 |

Bethpage Digital Banking
is free and easy!

With Bethpage Digital Banking,
you can access your accounts
anytime from your desktop and
mobile devices. You can check
balances, transfer money, and deposit
checks from the comfort of your
home or on the go from your phone!

To register, visit lovebethpage.com.

43009-0.54-09258N21.n04  1-1 1.2

NODDY SINGH
ARJUN SINGH
5 MINEOLA AVE
HICKSVILLE NY 11801

## Statement Summary

Page 1 of 1

| AccountNumber | Account Type | Balance |
|---|---|---|
| | | 154.42 |
| ▮▮▮▮▮ | Savings | |
| | Bonus Checking | 115,453.97 |

### Savings Account Summary — 9991196198

| Starting Balance | Deposits | Dividends Paid | Withdrawals | Service Charges | Ending Balance |
|---|---|---|---|---|---|
| 154.42 + | 0.00 + | 0.00 − | 0.00 − | 0.00 = | 154.42 |

### Transactions for Savings — 9991196198

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | 154.42 |
| 08/01 | Starting Balance | | | |

There are no transactions for this period.
The Annual Percentage Yield Earned for this statement period is 0.229 %
Interest Paid YTD:  4.42

### Bonus Checking Account Summary — 9991196206

| Starting Balance | Deposits | Dividends Paid | Withdrawals | Service Charges | Ending Balance |
|---|---|---|---|---|---|
| 109.65 + | 117,702.22 + | 0.00 − | 2,357.90 − | 0.00 = | 115,453.97 |

### Transactions for Bonus Checking — 9991196206

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | 109.65 |
| 08/01 | Starting Balance | | | |
| 08/10 | ATM Deposit BETHPAGE F 899 SOUTH OYSTER BAUS BETHPAGE NYUS | | 100,000.00 | 100,109.65 |
| 08/17 | External Withdrawal HOME POINT FINAN 208921389 - ACHPMT | -2,357.90 | | 97,751.75 |
| 08/25 | ATM Deposit BETHPAGE F 899 SOUTH OYSTER BAUS BETHPAGE NYUS | | 14,780.31 | 112,532.06 |
| 08/25 | ATM Deposit BETHPAGE F 899 SOUTH OYSTER BAUS BETHPAGE NYUS | | 2,921.91 | 115,453.97 |

Created: 1/12/2023 2:02:48 PM
Page 1 of 1

Record of Deposit

BACK IMAGE

8/11/2020 ItmNbr 4000080110 Dep  Amt $100,000.00-

Back of 8/11/2020 ItmNbr 4000080110 Dep  Amt $100,000.00-



8/11/2020 ItmNbr 4000080120 Chk #1675  Amt $100,000.00

Back of 8/11/2020 ItmNbr 4000080120 Chk #1675  Amt $100,000.00

PNTA000053