

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

PAN KING INC
8 JERUSALEM AVE
HICKSVILLE, NY  11801-4902

## Business Advantage

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for January 1, 2020 to January 31, 2020     Account number: ▮▮▮▮▮▮▮▮

**PAN KING INC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2020 | $3,599.34 | # of deposits/credits: 54 |
| Deposits and other credits | 19,582.19 | # of withdrawals/debits: 64 |
| Withdrawals and other debits | -12,325.74 | # of items-previous cycle[1]: 31 |
| Checks | -6,715.41 | # of days in cycle: 31 |
| Service fees | -416.53 | Average ledger balance: $2,961.05 |
| **Ending balance on January 31, 2020** | **$3,723.85** | [1]Includes checks paid,deposited items&other debits |



**Your Digital Tip**

BANK OF AMERICA BUSINESS ADVANTAGE

## Dreading the shredding?

Go paperless — you'll have security without the hassle of storing and shredding old statements. View your statements online any time.

You can enroll today by logging in to Online Banking at **bankofamerica.com/SmallBusiness** and clicking on **Profiles & Settings** (in the upper right, next to Sign Out).

ARWY4MJB | SSM-04-19-0138.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**

 **BANK OF AMERICA**

**Your checking account**

PAN KING INC  |  Account #  ███████  |  January 1, 2020 to January 31, 2020

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/02/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 645.96 |
| | ID:9393921520 CCD | | |
| 01/02/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 450.71 |
| | ID:9393921520 CCD | | |
| 01/03/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 447.32 |
| | ID:9393921520 CCD | | |
| 01/03/20 | DoorDash, Inc.   DES:Doordash,  ID:ST-X8I2D5N1R2T7  INDN:HALAL CHICKEN N A RICE  CO | | 223.04 |
| | ID:1800948598 CCD | | |
| 01/03/20 | MENUFY.COM      DES:Payout     ID:  INDN:THE HALAL CHIC       CO ID:1800426645 CCD | | 81.02 |
| 01/06/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 465.71 |
| | ID:9393921520 CCD | | |
| 01/06/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 370.13 |
| | ID:9393921520 CCD | | |
| 01/06/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 363.50 |
| | ID:9393921520 CCD | | |
| 01/07/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 487.57 |
| | ID:9393921520 CCD | | |
| 01/07/20 | UBER USA 6787    DES:EDI PAYMNT ID:143LP2PKW8GCY54  INDN:Bank of America       CO | | 375.73 |
| | ID:3320456349 CCD  PMT INFO:REF*TN*143LP2PKW8\ | | |
| 01/07/20 | BKOFAMERICA MOBILE 01/07 3657166556 DEPOSIT            *MOBILE    NY | | 26.75 |
| 01/08/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 549.09 |
| | ID:9393921520 CCD | | |
| 01/09/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 428.18 |
| | ID:9393921520 CCD | | |
| 01/09/20 | MENUFY.COM      DES:Payout     ID:  INDN:THE HALAL CHIC       CO ID:1800426645 CCD | | 84.31 |
| 01/10/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 543.83 |
| | ID:9393921520 CCD | | |
| 01/10/20 | DoorDash, Inc.   DES:Doordash,  ID:ST-H7T1K5F2L5V5  INDN:HALAL CHICKEN N A RICE  CO | | 138.07 |
| | ID:1800948598 CCD | | |

*continued on the next page*



Bank of America **Business Advantage**

Your Digital Tip

# Guaranteed next-day or 3-day delivery of direct bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking. Just log in and click the **Transfers | Send** tab, then select **Send Money to Someone or a Business.**

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply.

ARFKPB7J | SSM-02-19-0704.B

PAN KING INC  |  Account # ██████████  |  January 1, 2020 to January 31, 2020

# Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/13/20 | BKOFAMERICA MOBILE 01/11 3660701346 DEPOSIT          *MOBILE       NY | | 1,121.44 |
| 01/13/20 | MERCHANT BNKCD   DES:DEPOSIT   ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 628.65 |
| 01/13/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 551.97 |
| 01/13/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 541.00 |
| 01/13/20 | BKOFAMERICA MOBILE 01/11 3660700504 DEPOSIT          *MOBILE       NY | | 101.67 |
| 01/13/20 | CHECKCARD  0111 RESTAURANT DEPOT FARMINGDALE  NY 7443565001270300032 | | 29.51 |
| 01/14/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 615.35 |
| 01/14/20 | UBER USA 6787    DES:EDI PAYMNT ID:CQYIBFRT8X2PJ6R  INDN:Bank of America       CO ID:3320456349 CCD  PMT INFO:REF*TN*CQYIBFRT8X\ | | 397.13 |
| 01/15/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 418.24 |
| 01/16/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 377.65 |
| 01/16/20 | MENUFY.COM       DES:Payout     ID:  INDN:THE HALAL CHIC       CO ID:1800426645 CCD | | 155.86 |
| 01/17/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 925.79 |
| 01/17/20 | DoorDash, Inc.   DES:Doordash,  ID:ST-M8S3T8W7L2M9  INDN:HALAL CHICKEN N A RICE  CO ID:1800948598 CCD | | 187.18 |
| 01/21/20 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-17) | | 70.00 |
| 01/21/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 714.94 |
| 01/21/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 520.26 |
| 01/21/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 346.03 |
| 01/21/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 333.55 |
| 01/21/20 | POSTMATES INC.   DES:8 Jerusale ID:ST-M8Z4G2J2K7H4  INDN:PANKING INC       CO ID:1800948598 CCD | | 37.05 |
| 01/21/20 | POSTMATES INC.   DES:8 Jerusale ID:ST-Z3K3U5T5S9G9  INDN:PANKING INC       CO ID:1800948598 CCD | | 31.72 |
| 01/21/20 | POSTMATES INC.   DES:8 Jerusale ID:ST-N4F0U2M3C2A2  INDN:PANKING INC       CO ID:1800948598 CCD | | 30.98 |
| 01/22/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 365.55 |
| 01/22/20 | UBER USA 6787    DES:EDI PAYMNT ID:4UGQ7BPQ731ALXV  INDN:Bank of America       CO ID:3320456349 CCD  PMT INFO:REF*TN*4UGQ7BPQ73\ | | 329.84 |
| 01/23/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC       CO ID:9393921520 CCD | | 413.43 |

*continued on the next page*



**Your checking account**

PAN KING INC  |  Account # ▮▮▮▮▮▮▮▮▮  |  January 1, 2020 to January 31, 2020

## Deposits and other credits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/24/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 409.46 |
| | ID:9393921520 CCD | | |
| 01/24/20 | DoorDash, Inc.   DES:Doordash,  ID:ST-P8F3X1K8A9G7  INDN:HALAL CHICKEN N A RICE | CO | 262.02 |
| | ID:1800948598 CCD | | |
| 01/24/20 | MENUFY.COM      DES:Payout    ID:  INDN:THE HALAL CHIC      CO ID:1800426645 CCD | | 89.06 |
| 01/27/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 663.23 |
| | ID:9393921520 CCD | | |
| 01/27/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 534.80 |
| | ID:9393921520 CCD | | |
| 01/27/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 526.57 |
| | ID:9393921520 CCD | | |
| 01/28/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 456.99 |
| | ID:9393921520 CCD | | |
| 01/28/20 | UBER USA 6787    DES:EDI PAYMNT ID:JPDUHRBQNJT2U0R  INDN:Bank of America | CO | 314.44 |
| | ID:3320456349 CCD  PMT INFO:REF*TN*JPDUHRBQNJ\ | | |
| 01/28/20 | POSTMATES INC.   DES:8 Jerusale ID:ST-W2S8S2P1U6B3  INDN:PANKING INC | CO | 21.18 |
| | ID:1800948598 CCD | | |
| 01/29/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 347.57 |
| | ID:9393921520 CCD | | |
| 01/30/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 226.22 |
| | ID:9393921520 CCD | | |
| 01/30/20 | MENUFY.COM      DES:Payout    ID:  INDN:THE HALAL CHIC      CO ID:1800426645 CCD | | 88.65 |
| 01/31/20 | MERCHANT BNKCD   DES:DEPOSIT    ID:334321035886  INDN:PAN KING INC | CO | 551.51 |
| | ID:9393921520 CCD | | |
| 01/31/20 | DoorDash, Inc.   DES:Doordash,  ID:ST-Y0K1Y2Y6Z4S5  INDN:HALAL CHICKEN N A RICE | CO | 164.78 |
| | ID:1800948598 CCD | | |
| **Total deposits and other credits** | | | **$19,582.19** |

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/02/20 | OPTIMUM 7801     DES:CABLE PMNT ID:01699601  INDN:P  KING INC      CO ID:9078010001 | | -141.07 |
| | PPD | | |
| 01/02/20 | BOFA MERCH SVCS  DES:DEPOSIT    ID:372693573886  INDN:HALAL CHICKEN RICE CO | CO | -93.95 |
| | ID:XXXXXXXXXB CCD | | |
| 01/06/20 | NGRID37         DES:NGRID37TEL ID:9373954038  INDN:PAN KING INC      CO ID:9111019782 | | -755.83 |
| | TEL | | |
| 01/06/20 | FDGL           DES:LEASE PYMT ID:052-1548110-000  INDN:PAN KING INC | CO | -86.89 |
| | ID:1000010839 PPD | | |
| 01/07/20 | FARMERS INS EXCH DES:INSPAYMENT ID:007738989001000  INDN:PRATIK PATEL | CO | -432.99 |
| | ID:2432215866 WEB | | |
| 01/10/20 | CLOVER APP MRKT  DES:CLOVER APP ID:899-9226702-000  INDN:PAN KING INC | CO | -21.71 |
| | ID:1841128086 PPD | | |

*continued on the next page*

PAN KING INC   |   Account #  ███████████   |   January 1, 2020 to January 31, 2020

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 01/16/20 | Legal Order, LTS P011620000035 | -3,103.46 |
| 01/29/20 | OPTIMUM 7801    DES:CABLE PMNT ID:01699601  INDN:P   KING INC        CO ID:9078010001 PPD | -238.93 |
| 01/31/20 | IRS         DES:USATAXPYMT ID:200043143020843  INDN:PAN KING INC        CO ID:3387702000 CCD | -1,349.61 |
| 01/31/20 | NYS DOL UI     DES:Tax Paymnt ID:000000052153415  INDN:U04927432832        CO ID:QXXXXXXXXX CCD | -167.08 |
| 01/31/20 | IRS         DES:USATAXPYMT ID:200043114928118  INDN:PAN KING INC        CO ID:3387702000 CCD | -126.00 |

**Card account # XXXX XXXX XXXX 0381**

| Date | Description | Amount |
|------|-------------|--------|
| 01/02/20 | CHECKCARD  0102 APPLEGREEN GAS HICKSVILLE   NY CKCD 5542 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -20.01 |
| 01/06/20 | CHECKCARD  0102 RESTAURANT DEPOT GARDEN CITY  NY 24435650003703005819514 CKCD 5411 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -320.25 |
| 01/06/20 | CHECKCARD  0104 MAHARAJA FARMERS MARKET HICKSVILLE   NY 24013390004000520008166 CKCD 5411 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -32.94 |
| 01/09/20 | CHECKCARD  0107 RESTAURANT DEPOT GARDEN CITY  NY 24435650008703005854482 CKCD 5411 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -284.14 |
| 01/13/20 | CHECKCARD  0113 FACEBK LMBBFQ2UT2 650-5434800  CA 24204290013000112483553 CKCD 7311 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -218.41 |
| 01/17/20 | CHECKCARD  0115 RESTAURANT DEPOT FARMINGDALE  NY 24435650016703000354553 CKCD 5411 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -460.46 |
| 01/24/20 | CHECKCARD  0123 GEICO  *AUTO 800-841-3000 DC 24692160023100887119366 RECURRING CKCD 6300 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -158.17 |
| 01/27/20 | APNA BAZAR FAR  01/27 #000068798 PURCHASE APNA BAZAR FARMER  HICKSVILLE    NY | -120.10 |
| 01/28/20 | 7-ELEVEN       01/28 #000809079 PURCHASE 7-ELEVEN        WESTBURY      NY | -7.98 |
| 01/29/20 | KEY FOOD 520 S  01/29 #000743080 PURCHASE KEY FOOD 520 S BR  HICKSVILLE    NY | -49.04 |
| 01/30/20 | CHECKCARD  0128 RESTAURANT DEPOT FARMINGDALE  NY 24435650029703000078660 CKCD 5411 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -152.73 |
| 01/31/20 | CHECKCARD  0129 FINE FARE SUPERMARKET WESTBURY     NY 24137460030500726084465 CKCD 5411 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -7.14 |
| 01/31/20 | CHECKCARD  0129 RESTAURANT DEPOT GARDEN CITY  NY 24435650030703000136796 CKCD 5411 XXXXXXXXXXXX0381 XXXX XXXX XXXX 0381 | -355.72 |
| **Subtotal for card account # XXXX XXXX XXXX 0381** | | **-$2,187.09** |

**Card account # XXXX XXXX XXXX 0653**

| Date | Description | Amount |
|------|-------------|--------|
| 01/08/20 | CHECKCARD  0106 RESTAURANT DEPOT FARMINGDALE  NY 24435650007703000292044 CKCD 5411 XXXXXXXXXXXX0653 XXXX XXXX XXXX 0653 | -368.13 |
| 01/13/20 | RESTAURANT DEP  01/11 #000462103 PURCHASE RESTAURANT DEPOT    FARMINGDALE   NY | -105.86 |
| 01/29/20 | CHECKCARD  0128 SIE*PLAYSTATIONNETWORK 877-971-7669 CA 24692160028100175274852 RECURRING CKCD 5818 XXXXXXXXXXXX0653 XXXX XXXX XXXX 0653 | -65.16 |
| 01/29/20 | CHECKCARD  0128 APNA BAZAR FARMERS MARK HICKSVILLE   NY 24013390028003711067159 CKCD 5411 XXXXXXXXXXXX0653 XXXX XXXX XXXX 0653 | -100.89 |
| **Subtotal for card account # XXXX XXXX XXXX 0653** | | **-$640.04** |

**Card account # XXXX XXXX XXXX 9215**

| Date | Description | Amount |
|------|-------------|--------|
| 01/02/20 | CHECKCARD  1231 RESTAURANT DEPOT FARMINGDALE  NY 24435650001703000259429 CKCD 5411 XXXXXXXXXXXX9215 XXXX XXXX XXXX 9215 | -630.90 |
| 01/06/20 | CHECKCARD  0102 RESTAURANT DEPOT GARDEN CITY  NY 24435650003703005815462 CKCD 5411 XXXXXXXXXXXX9215 XXXX XXXX XXXX 9215 | -147.81 |

*continued on the next page*