
**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

PAN KING INC
495 S BROADWAY STE 6
HICKSVILLE, NY  11801-5040

## Business Advantage

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for April 1, 2022 to April 30, 2022                          Account number: ▓▓▓▓▓ 3015

**PAN KING INC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on April 1, 2022 | $164,375.45 | # of deposits/credits: 3 | |
| Deposits and other credits | 130.59 | # of withdrawals/debits: 5 | |
| Withdrawals and other debits | -29.99 | # of items-previous cycle[1]: 3 | |
| Checks | -31,500.00 | # of days in cycle: 30 | |
| Service fees | -0.00 | Average ledger balance: $156,020.14 | |
| **Ending balance on April 30, 2022** | **$132,976.05** | [1]*Includes checks paid, deposited items and other debits* | |

BANK OF AMERICA BUSINESS ADVANTAGE

## Remember, you've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to guide you and help with all your business's financial needs. If you'd like to meet, please contact me.

ANDI PEPI
516.531.6358
andi.pepi@bofa.com

SSM-07-21-0006.B  |  3646943

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**Your checking account**

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 04/13/22 | BKOFAMERICA MOBILE 04/13 3711094124 DEPOSIT | *MOBILE | NY | 95.58 |
| 04/13/22 | BKOFAMERICA MOBILE 04/13 3721607356 DEPOSIT | *MOBILE | NY | 35.00 |
| 04/13/22 | Bank Adjustment | | | 0.01 |
| **Total deposits and other credits** | | | | **$130.59** |

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 04/14/22 | Coinbase.com    DES:PXHW6S9E   ID:PXHW6S9E25b2  INDN:PAN KING INC<br>ID:1455293997 WEB | CO | -29.99 |
| **Total withdrawals and other debits** | | | **-$29.99** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|-------:|---|------|---------|-------:|
| 04/11/22 | 1030 | -1,000.00 | | 04/14/22 | 1032 | -9,500.00 |
| 04/20/22 | 1031 | -1,000.00 | | 04/28/22 | 1033 | -20,000.00 |
| | | | | **Total checks** | | **-$31,500.00** |
| | | | | **Total # of checks** | | **4** |



## Run your business — earn rewards

Become a Preferred Rewards for Business member, and you can earn valuable benefits and rewards such as no fees on select banking services, bonus rewards on eligible business credit cards, a higher rate on Business Advantage Savings accounts, interest rate discounts on new loans and more. Plus, there's no fee to join or participate.

To activate or learn more, visit **bankofamerica.com/BizRewardsEnroll**.

SSM-11-21-0002.B | 3877763

PAN KING INC  |  Account # ▓▓▓▓ 3015  |  April 1, 2022 to April 30, 2022

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 03/31/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○  $250+ in new net purchases on a linked Business debit card has not been met

✓  $5,000+ combined average monthly balance in linked business accounts has been met

○  Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 04/01 | 164,375.45 | 04/13 | 163,506.04 | 04/20 | 152,976.05 |
| 04/11 | 163,375.45 | 04/14 | 153,976.05 | 04/28 | 132,976.05 |

**BANK OF AMERICA**

PAN KING INC   |   Account # ■■■■■■ 3015   |   April 1, 2022 to April 30, 2022

## Check images

**Account number:** ■■■■■ **3015**
Check number: 1030   |   Amount:  $1,000.00





Check number: 1032   |   Amount:  $9,500.00



Check number: 1033   |   Amount:  $20,000.00

