


PO Box 2069
Glen Burnie, MD 21060-2069
1.800.628.7070 Tel
lovebethpage.com

# STATEMENT OF ACCOUNT

| Account Number | Statement Date |
|---|---|
| [redacted] | 05-31-2022 |

27883-0.60-49936N21.n05 1-2

NODDY SINGH
ARJUN SINGH
5 MINEOLA AVE
HICKSVILLE NY 11801

Bethpage offers free financial education at your fingertips!

My Money 101 is now better than ever. With updated course content and an improved mobile-friendly experience, learning the banking basics has never been easier.

Start learning today at lovebethpage.com/mymoney101.

## Statement Summary

| AccountNumber | Account Type | Balance |
|---|---|---|
| [redacted] | Savings | 0.00 |
| | Bonus Checking | 3,747.90 |

### Savings Account Summary — 9991196198

| Starting Balance | | Deposits | | Dividends Paid | | Withdrawals | | Service Charges | | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | + | 0.00 | + | 0.00 | − | 0.00 | − | 0.00 | = | 0.00 |

**Transactions for Savings — 9991196198**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01 | Starting Balance | | | 0.00 |
| | There are no transactions for this period. | | | |

### Bonus Checking Account Summary — 9991196206

| Starting Balance | | Deposits | | Dividends Paid | | Withdrawals | | Service Charges | | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3,007.32 | + | 3,945.62 | + | 0.00 | − | 3,185.04 | − | 20.00 | = | 3,747.90 |

**Transactions for Bonus Checking — 9991196206**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/01 | Starting Balance | | | 3,007.32 |
| 05/02 | External Withdrawal JPMORGAN CHASE JPMORGAN CHASE ACH - CHASE ACH | -2,662.00 | | 345.32 |
| 05/10 | Check 208 | -280.00 | | 65.32 |
| 05/15 | Point Of Sale Withdrawal CRYPTO.COM 1111 Brickell Ave Miami FLUS | -106.81 | | -41.49 |
| 05/15 | Point Of Sale Withdrawal CRYPTO.COM 251 Little Falls Drive 888-8248817 DEUS | -125.38 | | -166.87 |
| 05/15 | POS Courtesy Pay Usage Fee | -10.00 | | -176.87 |
| 05/15 | POS Courtesy Pay Usage Fee | -10.00 | | -186.87 |
| 05/16 | Point Of Sale Withdrawal POPEYES 11392 23 OLD COUNTRY RD 7187360999 NYUS | -10.85 | | -197.72 |

Continued on next page

Statement Date: 05-31-2022

**Bonus Checking Summary — [redacted] CONTINUED**

**Transactions for Bonus Checking — [redacted]**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/23 | Deposit Shared Branch Mobile Deposit Bethpage NY | | 245.62 | 47.90 |
| 05/30 | Deposit Shared Branch Mobile Deposit Bethpage NY | | 2,900.00 | 2,947.90 |
| 05/30 | Deposit Shared Branch Mobile Deposit Bethpage NY | | 800.00 | 3,747.90 |

Interest Paid YTD: 1.01

**Summary of Overdraft and Returned Item Fees**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Over draft Fees | 20.00 | 20.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Drafts for Bonus Checking — 9991196206**

| Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|
| 05/10 | 208 | 280.00 | | | |

NODDY SINGH

208

05/08/22

50-7365/2214

DATE

CHECK ARMOR

PAY TO THE ORDER OF St Stephens Nursey School $ 280.00

Two hundred eighty —xx/xx DOLLARS

Photo Safe Deposit

Bethpage

Federal Credit Union

Bethpage, New York 11714

FOR Noor Mary SIGNATURE NS

⑆221473652⑆ [redacted] ⑈00208

Harland Clarke

RIDGEWOOD SAVINGS BANK

<226071033>

5/9/2022, 10:27:00

51031292237557

RWSB\BMENZ,0214

FOR DEPOSIT ONLY

ST. STEPHEN'S NURSERY SCHOOL

ACCT.# 48A 220

Electronic Endorsements:

>226071033< 5/9/2022 1338427660 BOFD

>074909962< 5/9/2022 4780711135

>061000146< 5/10/2022 16723653

Created: 1/12/2023 5:35:06 PM
Page 1 of 1

| Record of Deposit | BACK IMAGE |
|---|---|
| 5/23/2022 ItmNbr 6910020696 Dep Amt $245.62- | Back of 5/23/2022 ItmNbr 6910020696 Dep Amt $245.62- |

5/23/2022 ItmNbr 6910020698 Chk #7956960 Amt $245.62

Back of 5/23/2022 ItmNbr 6910020698 Chk #7956960 Amt $245.62

Created: 1/12/2023 5:36:04 PM
Page 1 of 1

| Record of Deposit | BACK IMAGE |
|---|---|
| 5/31/2022 ItmNbr 6910021596 Dep Amt $2,900.00- | Back of 5/31/2022 ItmNbr 6910021596 Dep Amt $2,900.00- |

PAN KING INC
455 S BROADWAY STE 6
HICKSVILLE NY 11801-5040

1002

DATE 5/27/22.

PAY TO THE ORDER OF Noddy Sirf $ 2900.00

Two thousand nine hundred dollars only DOLLARS

BANK OF AMERICA

FOR Salary

⑈001002⑈ ⑆021000322⑆

5/31/2022 ItmNbr 6910021598 Chk #1002 Amt $2,900.00

Bethpage FCU
(Bethpage, NY)
899 S Oyster Bay Rd
Mobile Deposit
05/30/22-09:03:04
215070120
CREDITED TO THE
ACCOUNT OF WITHIN
NAMED PAYEE
<<<<T11177547>>>>>

Back of 5/31/2022 ItmNbr 6910021598 Chk #1002 Amt $2,900.00