# Electronic Deposit Image

RDC Checking Deposit – Check
Date-Time: 2022-05-09   01:51:10 PM
RDC Transaction Sequence: 842903
Capital One Consumer

$19,500.00

RT#
536001010

Account#
████████████

ProcDate:  2022/05/09
CheckAmt:  19,500.00
SerialNum:  0
MflmSeqNum:  5700513610
X9A1BofdDate:  20220509

ProcDate:  2022/05/09
CheckAmt:  19,500.00
SerialNum:  0
MflmSeqNum:  5700513610
X9A1BofdDate:  20220509



**PAN KING INC**
495 S BROADWAY STE 6
HICKSVILLE NY 11801-5040

1036

DATE 5/9/22

PAY TO THE ORDER OF _Noddy Singh_ $ 19500.00

_Nineteen Thousand five hundred dollars only_ DOLLARS

**BANK OF AMERICA**

ACH R.T 021000222

FOR _Loan_

⑈⑈0010360⑈ ⑈021000322⑈

ProcDate: 2022/05/09
CheckAmt: 19,500.00
SerialNum: 1036
MflmSeqNum: 5700513614
X9A1BofdDate: 20220509

>021407912<
CAPITAL ONE, NA

RICHMOND, VA 367 22
360 RDC    Deposit

ProcDate: 2022/05/09
CheckAmt: 19,500.00
SerialNum: 1036
MflmSeqNum: 5700513614
X9A1BofdDate: 20220509