
**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

PAN KING INC
8 JERUSALEM AVE
HICKSVILLE, NY  11801-4902

## Business Advantage

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

✉  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Savings

for June 1, 2020 to June 30, 2020

**PAN KING INC**

Account number: ▮▮▮▮ 4207

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2020 | $440.01 | # of deposits/credits: 2 |
| Deposits and other credits | 119,901.91 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 30 |
| Service fees | -15.00 | Average ledger balance: $80,358.40 |
| **Ending balance on June 30, 2020** | **$120,326.92** | Average collected balance: $80,358.40 |

*Annual Percentage Yield Earned this statement period: 0.03%.*
*Interest Paid Year To Date: $1.92.*

**BANK OF AMERICA BUSINESS ADVANTAGE**

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like.
Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-09-19-0761.D1 | ARG5T4RM

PNTA000029

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

PNTA000030

**Your savings account**

**BANK OF AMERICA** 🇺🇸

PAN KING INC  |  Account # ████ 4207  |  June 1, 2020 to June 30, 2020

## Deposits and other credits

| Date | Description | | Amount |
|---|---|---|---|
| 06/11/20 | SBAD TREAS 310   DES:  MISC PAY ID:977540780973000  INDN:Panking inc    ID:9101036151 CCD  PMT INFO:RMT*CT*9775407809 200 03055 F8093******* *\ | CO | 119,900.00 |
| 06/30/20 | Interest Earned | | 1.91 |
| **Total deposits and other credits** | | | **$119,901.91** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 06/01/20 | Monthly Maintenance Fee | -15.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



## 💡 Your Digital Tip

BANK OF AMERICA BUSINESS ADVANTAGE

### Stay on top of your accounts

Start receiving online alerts[1] today to know when transactions have posted and when payments are due.
Sign in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. You must be enrolled in Online Banking.    SSM-01-20-2763.B | 2924790

PNTA000031