UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
PRATIK PATEL, individually and as a
shareholder of PAN KING, Inc. d/b/a NY Chicken & Rice;
LALIT PATEL, individually and as a partner of
PAN KING, Inc. d/b/a NY Chicken & Rice

DOCKET #
2:21-cv-00759-JS-SIL

Plaintiffs,

-against-

NODDY SINGH, ARJUN SINGH, individually and as
shareholders of PAN KING, Inc. d/b/a NY Chicken & Rice

Defendants.
-----------------------------------------------------------------X

## DECLARATION OF BOBBY WALIA

BOBBY WALIA, ESQ., under penalty of perjury and in accordance with 28 U.S.C. § 1746, states and declares that the following is true and correct:

1. I am a principal with the law firm of Walia & Walia, PLLC, attorneys for the Defendants Noddy Singh and Arjun Singh("Singhs") (collectively, "Defendants") and am fully familiar with the pleadings and all prior proceedings in this action.

2. I submit this declaration in opposition to Plaintiff's motion for Summary Judgment.

3. Attached hereto as Exhibit "1" is a true and accurate copy of Corporate Filing Receipt.

4. Attached hereto as Exhibit "2" is a true and accurate copy of Minutes from meetings.

5. Attached hereto as Exhibit "3" is a true and accurate copy of page from Pan King Inc. lease.

6. Attached hereto as Exhibit "4" is a true and accurate copy of excerpts from parties' deposition transcript.

Dated: September 26, 2023

                                        Respectfully submitted,

                                        /s/ Bobby Walia

                                        Bobby Walia

                                        Waliabobbyesq@hotmail.com

                                        136-40 39th Ave #304

                                        Flushing, New York 11354

                                        Ph.No.:718-353-4478