# EXHIBIT 1

ONLINE FILING RECEIPT
================================================================================

ENTITY NAME: PAN KING INC

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                    COUNTY: NASS
--------------------------------------------------------------------------------

FILED: 09/19/2017  DURATION: PERPETUAL  CASH#: 170919010470  FILE#: 170919010470
                              DOS ID: 5204632

```
    FILER:                                              EXIST DATE
    ------                                              ----------
    HARVINDER DHODY                                     09/19/2017
    254 S BROADWAY
    HICKSVILLE, NY 11801

    ADDRESS FOR PROCESS:
    --------------------
    PRATIK K PATEL
    8 JERUSALEM AVENUE
    HICKSVILLE, NY 11801

    REGISTERED AGENT:
    -----------------


    STOCK: 200 NPV
```



The corporation is required to file a Biennial Statement with the Department of
State every two years pursuant to Business Corporation Law Section 408.
Notification that the Biennial Statement is due will only be made via email. Please
go to www.email.ebiennial.dos.ny.gov to provide an email address to receive an
email notification when the Biennial Statement is due.
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

```
FEE:            135.00                          PAYMENTS       135.00
                ------                                         ------
FILING:         125.00                          CHARGE         135.00
TAX:              0.00                          DRAWDOWN         0.00
PLAIN COPY:       0.00
CERT COPY:       10.00
CERT OF EXIST:    0.00
```
================================================================================
                                                            DOS-1025 (04/2007)

Authentication Number: 1709190475  To verify the authenticity of this document you
may access the Division of Corporation's Document Authentication Website at
http://ecorp.dos.ny.gov