# EXHIBIT 3

26. Provided tenant is not in default under any terms of this lease, tenant is hereby given the option to renew this lease for two (2) additional five-year terms upon the following terms and conditions:

a. Such option to renew shall be exercised at least four (4) months prior to the expiration of the then current term of this lease by notice in writing mailed by certified mail to the landlord;

b. Tenant may not exercise this option if at the time the option is attempted to be exercised the tenant is in default in the payment of rent or additional rent under the terms and conditions of this lease;

c. Such renewal for such additional term shall be upon the same terms and conditions as set forth in this lease excepting that the annual rent for each year ~~OR CURRENT~~ of the option shall be the annual rent for the preceding year plus ~~five (5%)~~ Three (3%) ~~MARKET VALUE~~ percent or cost of living adjustment, whichever is higher;

d. The foregoing option shall be deemed irrevocably waived unless exercised in strict accordance with the terms and conditions of this paragraph.

2-10 JERUSALEM AVENUE REALTY, LLC  AM/MS 1/30/17

By: _____
Mark A. Pollack, Manager

Parking Inc.

By: _____