

Number

1/15/18 - $400 — 1012
1/24/18 - $400 — 1018
1/31/18 - $400 — 1024
2/14/18 - $400 — 1029
3/2/18 - $400 — 1037
4/4/18 - $200 — 1049
7/12/18 - $200 — 1100
7/20/18 - $200 — 1109
8/24/18 - $400 — 1134
9/01/18 - $300 — 1141
9/6/18 - $250 — 1145
9/14/18 - $250 — 1151
9/20/18 - $250 — 1154
9/28/18 - $250 — 1162
10/4/18 - $250 — 1168
10/12/18 - $550 — 1177
10/19/18 - $250 — 1182

10/26/18 - $550 — 1194
11/2/18 - $250 — 1199
11/9/18 - $250 — 1204
11/19/18 - $400 — 1213
11/24/18 - $550 — 1219
11/30/18 - $500 — 1224
12/6/18 - $300 — 1231
12/15/18 - $300 — 1238
12/20/18 - $250 — 1244
12/28/18 - $450 — 1251
4/18/19 - $500 — 1327
4/26/19 - $550 — 1337
5/10/19 - $526 — 1351
5/17/19 - $372 — 1358
5/30/19 - $550 — 1372
6/7/19 - $100 — 1382
6/28/19 - $400 — 1400
7/5/19 - $550 — 1404
8/22/19 - $550 — 1456
8/30/19 - $550 — 1461
10/18/19 - $250 — 1515
12/27/19 - $300 — 1580

Pratik Paid by check + Cash

EXHIBIT

25