P. PATEL

started working in December of 2017, were you working for Pan King, Inc. or somebody else?

A.    No.  I was work -- well, to be specific, I think -- so what I do remember, it was -- it should be December 16, 2017, we started operation, like the restaurant.

And ever since I -- I never worked with anyone else until I left the restaurant.

Q.    Okay.  So, when you started working on December 16, 2017, who were you working for, as far as you knew?

A.    Well, let me rephrase the question.  Are you -- are you asking me before the 17th -- December -- sorry, December 16, 2017 or from -- can you -- sorry.  Can you rephrase the question?

Q.    Sure.  So, you just told me you started working on December 16, 2017; correct?

A.    Yes.

Q.    So, when you started working for the restaurant on December 16, 2017,

P. PATEL

who, to your knowledge, were you working for?

A.    For the corporation.

Q.    The name of that corporation was?

A.    Pan King, Inc.

Q.    Okay.  Were you working for anybody else, to your knowledge, when you started your employment with Pan King, Inc.?

A.    No.

Q.    Once you started working for Pan King, Inc. on December 16, 2017, how many employees did Pan King, Inc. have on or about that date?

A.    It should be around five, if I'm including myself.

Q.    So, the other two would be Noddy Singh and Arjun Singh; correct?

A.    No.  Actually, I'm counting one cooking guy and there were already three employees from the previous employer, and myself, total five.  And, if we include Arjun and Noddy Singh, it should be seven.

P. PATEL

Q.    So, were Arjun Singh and Noddy Singh working, when you started working on December 16, 2017, for Pan King, Inc.?

A.    Yes.

Q.    So, it should be around seven employees; correct?

A.    Yes.

Q.    Okay.  When you first started working for Pan King, Inc., what were your work hours?

A.    **Like at the beginning, I was opening the place around 10 a.m., and I leave in the evening, around seven to 8.**

**And then, after a few months, my schedule changed.  I started coming in the afternoon and I was closing after midnight.**

Q.    Okay.  When did your schedule change?

A.    **I'm not sure exact dates but it should be after five, six months.**

Q.    After five or six months, your schedule changed from ten to eight, 10 a.m. to eight p.m., to what exactly, to what

P. PATEL

remember.

Q.    Okay.  In the fourth month, when you first started getting cash as a form of compensation, who gave you that cash?

A.    Let me make clear.  I was getting some --

Q.    You broke up.  I couldn't hear you, if you could repeat.

A.    Okay.  Let me clear one thing. So, I was getting cash and check and it was handed by Arjun Singh.

Q.    Okay.  And that was only in the fourth month of your employment?

A.    Yes.

Q.    The check you were getting, was that because you were a W-2 employee of Pan King, Inc. or something else?

A.    I was a W-2 employee.

Q.    What was your salary as a W-2 employee?

A.    When this started, the salary I was getting, around 400.  It was -- okay, not around 400.  It was 400.  And then, a

P. PATEL

few months I was getting 400.  Then I went back and I talked to them again, that this is not enough.  Then they increased my salary to 550.

Q.    Were you getting at least minimum wage while you were employed there?

MR. KADOCHNIKOV:  Objection. Calls -- wait for me to interpose, and then you can answer. It calls for a legal conclusion.  You can answer.

A.    So, I have to calculate.

Q.    Well, let me ask the question. Let me ask the question a different way, okay?

You just told me that Mr. Hussein was making minimum wage; right?

A.    Yes.

Q.    How were you able to calculate that?

A.    As I said, very first few months, Arjun Singh used to handle everything.  He was making the salary, as I said.  I only said few times Arjun Singh

P. PATEL

would make everything and he was handing over that --

Q.    Well, let me interject there.

A.    Yes.

Q.    You were responsible for Mr. Hussein's schedule; correct?

A.    No.

Q.    You were not responsible for Mr. Hussein's schedule?

A.    No.  As I said -- that's why I clear myself because you stuck very first month but that's -- everything started around after two or three months.

Very first month or two, Arjun Singh used to do everything, even scheduling, like end of the week making the salary for everybody and hand out to everyone, unless he made that salary and he is not at the restaurant, he used to call me and said okay, I'm not able to come, can you hand over -- hand over salary, which he made to employees, and take the salary.

Q.    Did you ever handle scheduling while you were employed there?

                          P. PATEL

        A.    Ever, yes.

        Q.    How many times did you handle
scheduling?

        A.    Hardly, four, five times.

        Q.    Could it have been more than
four or five times?

        A.    I don't remember, so I don't
know.

        Q.    When you did handle the
scheduling the four -- hello?

        A.    Are you there?

        Q.    You are frozen.  When you did
handle the scheduling the four or five
times, did you handle scheduling for
yourself, for Arjun Singh, Noddy Singh and
the rest of the employees?

        A.    Arjun Singh and Noddy Singh's
schedule weren't fixed and I wasn't
scheduling my schedule.  Arjun Singh and
Noddy Singh scheduled my schedule very
first --

        Q.    Mr. Patel, please answer the
question I'm asking, okay?

        A.    Okay.

P. PATEL

Q.    You told me you do remember scheduling four or five times; correct?

A.    Yes.

Q.    So my question to you is quite simple:  When you did do the scheduling that four to five times, did you do the scheduling for yourself, for Arjun Singh, for Noddy Singh, for any other employees?

**A.    Okay.  During that time, four to five times I schedule, as I said, Arjun Singh and Noddy Singh, I did not schedule neither myself.**

**Only I schedule is the other employees, who can work, and my schedule mostly was fixed when I was doing the morning, I was doing the every morning, and when I was doing the night, I was doing the night, six days when I -- time to work, and Arjun Singh and Noddy Singh, only they used to work after a few months, like after two or three months, they only used to work when we -- we -- some employees were off or we wouldn't fix the employees' schedule, and there is a gap and no one else to work.**

P. PATEL

Q.    Okay.  So, you never told Arjun Singh or Noddy Singh that you're scheduled to work this week; is that correct?

A.    No.  Yes, that is correct.

Q.    Okay.  You never told Arjun Singh or Noddy Singh that you won't be able to work and they would have to work during a certain week; is that correct?

A.    For myself, no, that is not correct.

Q.    You never said that, you never said that to them; right?

A.    Okay.  Okay.  Can you repeat the question?

Q.    Okay.  Did there ever come a point of time, during your course of employment with Pan King, Inc., that you told Arjun Singh and Noddy Singh that they would have to come in to work?

A.    No.

Q.    While you were working with Pan King, Inc., did you ever fix a schedule for yourself?

A.    No.

[Page 53]
June 19, 2023

P. PATEL

Q.     Who fixed your schedule?

**A.     Arjun Singh and Noddy Singh.**

Q.     There was never a time that you gave your schedule to Arjun Singh or Noddy Singh for a given week?

**A.     For a given week, no.**

Q.     Okay.  Getting back to Mr. Hussein, you did tell us earlier that he was making minimum wage; correct?

**A.     Yes.**

Q.     How did you come to that determination under oath today?  How are you able to tell us that?

**A.     How would I able to say that? Because, the schedule, we used to write ours, that Arjun Singh used to give him money.  If you divide it by that, it comes to a minimum wage.  And, like it is by law, to give them a minimum wage.**

Q.     Okay.  So, you had access to Mr. Hussein's schedule; correct?

**A.     Yes.**

Q.     You knew the number of hours that Mr. Hussein was working in a given

Lexitas Court Reporting
800-678-0166

P. PATEL

week; correct?

A.    Yes.

Q.    And you knew what the minimum wage was at that time; correct?

A.    Yes.

Q.    And you calculated, given the number of hours, what his minimum wage should be; correct?

A.    Yes.

Q.    Now, you knew the number of hours that you were working at that time; correct?

A.    Yes.

Q.    You had possession of your schedule; correct?

A.    Yes.

Q.    You knew what the minimum wage was required in terms of the time you were employed there; correct?

A.    Yes.

Q.    Were you given minimum wage during the course of your employment?

A.    I have to calculate, because I guess not, because as a contract, I had to

P. PATEL

do a 48 minimum hours, but I was always working more than that, around 60 hours, at least.

Q.    You said you guess not.  You still don't know?

A.    No, no.  Okay.  Sometimes I use different words.  But yes, I do know I was getting less money.

Okay.  Let me fix my sentence. I mean, I was getting less money what I was supposed to get.  But, as we discussed, they give me -- they give me a decent salary.

So, like I asked them to give me money, and they like give me $400 every week and compared to I work 60 -- around 60 hours, if you divide that 60 hours in salary, it is not a minimum wage, but they said very, very first, beginning, we are not making the money, so let's continue this amount, and we'll increase the salary later on, when we started doing, but it has been quite a few months and I wasn't -- I was paying my bills out of that money, and

P. PATEL

I could not afford working like 60 hours and not having money, or I could barely get my expenses out of $400 a week.

So, I went back again and talked to them and they increase to 550. But still that was not enough.  That was not minimum wage.

Q.    So, if I understand you correctly, Mr. Patel, what you're saying is, that according to the agreement you signed, you were supposed to work 48 hours?

A.    Right.

Q.    So, as per the agreement for the 48 hours, the amount of compensation you were given, would that have covered the minimum wage requirements?

A.    I have to calculate.

Q.    Okay.  It is possible it did?

A.    Yes.

Q.    Okay.  However, what you're telling us is that you worked beyond the 48 hours, to about 60 hours; correct?

A.    Yes.

Q.    And, taking those additional

P. PATEL

hours into account, the minimum wage requirement was not met; is that correct?

A.    Yes.

Q.    Okay.  Did you write down the number of hours working, while you were employed there, just like you did for Mr. Hussein?

**A.    In the schedule, frankly, I don't remember, but it could be written, but my schedule is fixed, like one day off.**

**And when I was opening 10 to -- when I was opening, I was opening every six days.  So, from my record, I never had written any hours.**

Q.    So, you are writing down for Mr. Hussein the number of hours and putting it on a form; right?

**A.    Yes.**

Q.    But you didn't do that for yourself?

**A.    No -- I don't -- frankly, I don't remember.**

Q.    You don't remember; is that right?

P. PATEL

A.    Yes.

Q.    Had you done it, would you have remembered?

MR. KADOCHNIKOV:  Objection. Calls for speculation.  You can answer.

MR. WALIA:  Okay.  I will move on.  Okay.

Q.    So, Mr. Patel, it is correct that you do remember doing it for Mr. Hussein but you don't remember doing it for yourself; is that correct?

A.    Correct.

Q.    Okay.  Were you required to keep track of the hours you were working at Pan King, Inc.?

A.    No.

Q.    So, if you were not required to keep track of the hours you were working at Pan King, Inc., how do you expect to be compensated for working in addition to the 48 hours?

MR. KADOCHNIKOV:  Objection. Calls for speculation.  Calls

P. PATEL

for a legal conclusion.  He can answer.

MR. WALIA:  Go ahead.  Answer.

A.    Sorry.  Okay.  Okay.  So, any given week, if I did the 60 hours and I'm not -- I'm not getting enough money for that, so that I would know.  Like it's not -- it's not the money I'm supposed to get.

Q.    All right. Okay.  So, Mr. Patel, what was your position while you were working for Pan King, Inc.?  What did you consider yourself to be?

A.    It is funny because I was fooled, once my partner told me I was a president of the company but now -- now, I'll tell you something.

I was the president of the company, I was looking fool at everyone in front of me right now.  So --

Q.    So, you were fooled into thinking you were the president of the company?

A.    Yes.

[Page 60]
June 19, 2023

P. PATEL

Q.    When you were working there in the beginning, did you have this belief that you were fooled at that time?

A.    No.

Q.    Okay.  So, at that time, you believed you were the president of the company; correct?

A.    Yes.

Q.    Okay.  And you acted as such; correct?

A.    **No, because my responsibilities, like to handle the place and I wasn't -- I wasn't known like --**

Q.    So let me ask you this:  As the president of the company, which you believed you were, okay --

A.    **Okay.**

Q.    -- up until some point where you told us you felt different --

A.    **Yeah.**

Q.    -- what were your responsibilities as the president of the company?

A.    **Okay.  I never like -- okay.**

P. PATEL

Arjun Singh and Noddy Singh never gave me a possibility.

Only one responsibility was mine, like when I was doing morning shift, that was handling the front, and like buying the grocery for the restaurant, that is what I was doing in the morning shift.

In the night -- when I shifted to the nightshift, I was handling front, and then I was cooking.  That was the nightshift responsibility.  And like --

Q.    Other than buying groceries and cooking, did you have any other responsibilities that you believed you had as the president of Pan King, Inc.?

A.    No.

Q.    Okay.  So, at some point in time after, what was it, five or six months, your salary increased to 550.  After how long was it increased to 550?

A.    It should be at least two or three months after, that increased to 550.

Q.    If you could tell me how long had you been working there, at what point

P. PATEL

in time after you had been working there, did your salary increase to 550?

A.   Okay.  So after the first three months which -- I didn't get the salary, and then it started $400, and then after at least three to four months, my salary should -- my salary increased to 550.

Q.   So, about six to seven months after the employment there, it increased to 550; correct?

A.   Yes.

Q.   Okay.  Do you have any records, or any documentation, any communication, anything to substantiate the fact that you worked at Pan King, Inc. for 60 hours a week?

A.   Okay.  The document at the restaurant, if we see a schedule, could be a possibility of -- we could find my schedule.

If any conversation, I mean the -- you should have to talk to Noddy Singh and Arjun Singh because I was covering the six days.  If I was not

P. PATEL

covering the six days, then who was working there?

Q.    So, you never made a schedule for yourself?

A.    No, sir.

Q.    Noddy Singh and Arjun Singh made the schedule for you?

A.    Yes.

Q.    You never made a schedule for any of the other employees, except for four or five occasions, and on those occasions Noddy Singh and Arjun Singh directed you to make that schedule; is that correct?

A.    Yes.

Q.    Okay. All right. I'm going to show you -- before I do that, about how much in money do you think you are owed because of the 12 hours that you say you were not compensated for while you were employed with Pan King, Inc.?

MR. KADOCHNIKOV:  Objection.

MR. WALIA:  You don't want him to answer how much he was owed?

A.    I thought Alex was saying